**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

# NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER

*Kevin Jiang v. Briana Corpuz, et al.*
19-CV-5664 (RPK)
Counsel for Defendant Briana Corpuz

*Jessica Bergin v. New York State Unified Court System*
22-CV-5264 (BMC)
Counsel for Plaintiff

*Emöke Beickert, et al. v. New York City Department of Education*
22-CV-5265 (DLI)
Counsel for Plaintiffs

TO THE CLERK AND ALL PARTIES OF RECORD:

Please note that my business address and telephone number have changed, as set forth below, effective immediately.

Respectfully submitted,

By: /s/ *Steven M. Warshawsky*

STEVEN M. WARSHAWSKY
The Warshawsky Law Firm
**118 North Bedford Road, Suite 100**
**Mount Kisco, NY 10549**
**Tel: (914) 864-3353**
Email: smw@warshawskylawfirm.com
Website: www.warshawskylawfirm.com

Dated: September 16, 2022