Law Firm of Steven M. Warshawsky
www.warshawskylawfirm.com

118 North Bedford Road, Suite 100
Mount Kisco, New York 10549

Tel: (914) 864-3353
Email: smw@warshawskylawfirm.com

September 30, 2022

**VIA ELECTRONIC CASE FILING**
Hon. Brian M. Cogan
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2230

**Re: Jessica Bergin v. NYS Unified Court System**
**Case No. 22-CV-5264 (BMC) (EDNY)**

Dear Judge Cogan:

I represent Plaintiff Jessica Bergin in this action, which asserts a claim for religious discrimination in violation of Title VII of the Civil Rights Act of 1964, on the grounds that Defendant New York State Unified Court System failed to reasonably accommodate Bergin's sincerely held religious objections to a mandatory COVID-19 vaccination policy and as a result illegally terminated her employment.

I am writing to request an adjournment of the initial conference, which has been scheduled for October 21, 2022, at 10:30 a.m. (via telephone), because to date I have not been contacted by an attorney representing Defendant and, therefore, I am not in a position to complete the various requirements by the deadlines set forth in the Court's Scheduling Order dated 9/7/22. (For example, today is the deadline for the parties to meet and confer.)

This case was filed on September 2, 2022. On September 8, I mailed the complaint along with a request to waive service to Defendant via USPS Priority Mail, which was delivered on September 9. Having not heard back, I called Defendant's general counsel's office on September 28 and spoke with a secretary who confirmed the letter had arrived and the case had been assigned to one of their staff attorneys. She told me she would pass along my message asking the attorney to contact me. I still have not heard back. Hence, I am requesting that the conference be adjourned to a date in November or early December. Please note that I will be out of town on vacation from November 24 (Thanksgiving) to December 4 and I have another court conference on December 7.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Steven M. Warshawsky*

Steven M. Warshawsky