AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Jessica Bergin
*Plaintiff*
v.
NYS Unified Court System
*Defendant*

Case No. 22-cv-5264

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New York State Unified Court System

Date: 10/14/2022

*Attorney's signature*

Michael Siudzinski (MS2368)
*Printed name and bar number*

25 Beaver Street, New York, NY 10004
*Address*

msiudzin@nycourts.gov
*E-mail address*

(212) 428-2150
*Telephone number*

(212) 428-2155
*FAX number*

Print Save As... Reset