UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
JESSICA BERGIN,

Plaintiff,

-against-

NEW YORK STATE UNIFIED COURT SYSTEM,

Defendants.
---------------------------------------------------------------------X

Ind. No. 22-CV-5264 (BMC)

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of UCS' Motion to Dismiss, dated November 4, 2022, the Declaration of Michael Siudzinski, dated November 4, 2022, together with its exhibits, and all the pleadings and proceedings herein, Defendant New York State Unified Court System will move this Court by submission of papers before the Honorable Brian M. Cogan, United States District Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, on November 23, 2022, for an order dismissing the Complaint in its entirety and with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, as set forth by the Court, any papers in opposition to this motion shall be filed and served no later than November 18, 2022, and any reply papers in further support of this motion shall be filed and served no later than November 23, 2022.

Dated: New York, New York
November 4, 2022

Yours, etc.,

ANTHONY R. PERRI
Acting Counsel
Attorney for UCS
By:

/S/
MICHAEL J. SIUDZINSKI
Assistant Deputy Counsel
25 Beaver Street
New York, New York 10004
(212) 428-2150

To: Steven M. Warshawsky, Esq. (via ECF)
*Counsel for Plaintiff*