UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
JESSICA BERGIN,

Plaintiff,

-against-

NEW YORK STATE UNIFIED COURT SYSTEM,

Defendants.
---------------------------------------------------------------------X

Ind. No. 22-CV-5264 (BMC)

**DECLARATION OF MICHAEL J. SIUDZINSKI IN SUPPORT OF MOTION TO DISMISS**

**MICHAEL J. SIUDZINSKI**, an attorney duly admitted to the Bars of this State and this Court, declares and states as follows, under penalties of perjury:

1. I am an Assistant Deputy Counsel in the office of Counsel for the New York State Office of Court Administration, attorney for defendant the New York State Unified Court System (hereinafter "UCS") in this action.

2. I submit this declaration in support of the UCS' motion to dismiss on the grounds asserted in the accompanying Memorandum of Law.

3. Attached hereto as Exhibit A is a copy of UCS' COVID-10 vaccination policy memorandum, dated September 10, 2021, issued to all UCS employees.

4. Attached hereto as Exhibit B is a copy of plaintiff's September 26, 2021, request to be exempt from UCS' COVID-19 vaccine mandate.

5. Attached hereto as Exhibit C is a copy of UCS' November 8, 2021, letter to plaintiff seeking more information in support of her exemption request.

6. Attached hereto as Exhibit D is a copy of plaintiff's November 26, 2021, response to UCS' request for more information.

7. Attached hereto as Exhibit E is a copy of UCS' December 29, 2021, letter to plaintiff denying her request and directing her to comply with the vaccine mandate.

**WHEREFORE**, UCS respectfully requests that the Court issue an order granting its motion to dismiss plaintiff's Complaint in its entirety and granting such other and further relief as the Court deems just, proper, and appropriate.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct. Executed on November 4, 2022.

/S/
MICHAEL J. SIUDZINSKI