**NEW YORK STATE**
Unified Court System
OFFICE OF COURT ADMINISTRATION

**LAWRENCE K. MARKS**
CHIEF ADMINISTRATIVE JUDGE

**NANCY J. BARRY, ESQ.**
CHIEF OF OPERATIONS

**JUSTIN A. BARRY, ESQ.**
CHIEF OF ADMINISTRATION

# MEMORANDUM

September 10, 2021

To: All Non-Judicial Personnel

From: Nancy J. Barry
Justin Barry

Re: Mandatory Vaccination Requirement

---

As previously announced, the Unified Court System will require all judges and non-judicial personnel to be vaccinated by September 27, 2021, unless otherwise approved for an exemption due to medical reasons or sincerely held religious beliefs, as explained more fully below.

This memorandum will outline the program as it relates to non-judicial personnel. The Chief Administrative Judge will outline the program for judges in a separate document.

## Proof of Vaccination

All non-judicial personnel must be fully vaccinated against COVID-19 by September 27, 2021, or as soon thereafter as medically practicable provided they have received at least one dose of a COVID-19 vaccine by such date.[1]

To this end, no later than September 27, 2021, all non-judicial personnel must either submit proof that they: (1) are fully vaccinated; or (2) have received at least one dose of any COVID-19 vaccine. This proof must be submitted through the UCS SharePoint site https://nycourts.sharepoint.com/sites/COVID-19/CPV as outlined in Section (1) of our September 1, 2021 Memorandum (Mandatory Testing Program – Supplemental Information).

[1] Fully vaccinated is defined as: two weeks after receiving a second dose of a two-dose vaccine, such as the Pfizer or Moderna vaccines; or two weeks after receiving a single-dose vaccine, such as the Johnson and Johnson vaccine.

25 BEAVER STREET, NEW YORK, NEW YORK 10004 • PHONE: 212-428-2120 • FAX: 212-428-2190

Acceptable proof of having received at least one dose of a COVID-19 vaccine is a copy of the front **and** back of the employee's vaccination card. For fully vaccinated employees, a screenshot of the employee's Excelsior Pass is also acceptable. Those employees, who submit proof of having received their first dose of a two-dose vaccine, will be required to submit proof of having received the second dose within the medically recommended timeframe, i.e., typically 3 weeks from the first dose, using the same UCS SharePoint site referenced above.

Employees, who have submitted proof of vaccination by September 27, 2021 but are not yet fully vaccinated because they must receive a second dose and/or they must wait an additional two weeks after their last dose, will be subject to the Mandatory Testing Program until such time as they are fully vaccinated.

**Exemptions**

Exemptions to the mandatory vaccination requirement will be considered for employees with underlying medical conditions that make receiving the COVID-19 vaccine unsafe for them and employees with sincerely held religious beliefs and practices that prohibit them from receiving a COVID-19 vaccine.

Employees seeking a medical or religious exemption to vaccination must submit their request by 5:00 p.m. on September 27, 2021 using the appropriate exemption form (see attached Exhibit A – Medical Exemption Request Form and Exhibit B – Religious Exemption Request Form). The completed Exemption Request Form must be scanned and uploaded through the UCS Employee Web Portal located at https://portal.nycourts.gov/ExemptionCOVID19Vaccination/. Instructions for uploading these Forms will be available on the Portal, which will "go live" on September 20, 2021.

No exemption requests will be considered unless they are fully completed on the appropriate form and filed through the Portal.

Applications for medical exemptions must be accompanied by documentation from the employee's medical health professional. Applications for religious exemption must contain the employee's written, signed and notarized statement detailing the religious basis for his/her objection to COVID-19 vaccination and the religious principle(s) that guide the objections to COVID-19 vaccination. Employees submitting an exemption application will be notified, in writing, of the decision [which, if granted, will include the expiration date of the exemption] or, that more information is needed in order to consider the employee's request for an exemption, as soon as practicable after their request is filed.

Employees who timely file a request for exemption will be subject to the Mandatory Testing Program while their request is being reviewed. Those employees who are granted a medical or religious exemption to vaccination will be subject to the Mandatory Testing Program during the specified exemption period.

An employee who receives written notice that their request for medical or religious exemption was denied will have ten workdays from the date of the notification to submit proof of having received

at least one dose of a COVID-19 vaccine and must otherwise comply with the provisions set forth in "Proof of Vaccination" above.

**Non-Compliance**

Employees who fail to comply with the provisions of this Policy are prohibited from reporting to work and may be considered absent without authorization for which approval to charge accruals may be denied, until they have taken steps to remedy their non-compliance. Continued failure to comply may result in disciplinary action, up to and including termination.

**Additional Information**

Non-judicial personnel are reminded that they are eligible for Excused Leave and/or Compensatory Time for becoming vaccinated (up to 3.5 hours per appointment upon submission of the requisite proof of same).

Non-judicial personnel must continue to follow all other safety and operational protocols.

We are deeply grateful to our staff for their collaboration in the ever-evolving guidance surrounding COVID-19 and their commitment to keeping themselves, their colleagues and all who conduct business in our facilities safe.

cc: Hon. Lawrence Marks
Hon. George Silver
Hon. Edwina Mendelson
Hon. Norman St. George
Administrative Judges
NYC Chief Clerks
District Executives
OCA Directors
Chief Michael Magliano

# EXHIBIT A

## STATE OF NEW YORK - UNIFIED COURT SYSTEM
## REQUEST FOR MEDICAL EXEMPTION FROM COVID-19 VACCINATION

The Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19. However, to further its commitment to provide equal employment opportunities without regard to any protected status and a work environment that is free of unlawful harassment, discrimination, and retaliation, UCS complies with all laws protecting qualified individuals with underlying medical conditions. Upon request, UCS will grant a medical exemption for individuals with underlying medical conditions that makes receiving the COVID-19 vaccine unsafe for them. To request a medical exemption from UCS' COVID-19 vaccination requirement, judges and employees must complete this Form; have a licensed health care provider, not related to the applicant, whose specialty is appropriate to the associated medical condition, prepare the **Certification of Licensed Health Care Provider** form; and return the form, along with any such additional documentation as may be necessary to support the request, to https://portal.nycourts.gov/ExemptionCOVID19Vaccination/.

Medical exemptions are intended for those with underlying medical conditions that render the COVID-19 vaccine unsafe for them.

For the current year, requests for medical exemptions must be received by September 27, 2021. The expiration of the exemption will be based upon the Certification of the Licensed Health Care Provider, which date will be noted in the UCS Approval, but shall be no longer than one year. Individuals may request to renew exemptions upon the expiration of such Approval, but annually no later than October 1 for each year.

Individuals who have timely submitted a request for a medical exemption and are awaiting approval, and individuals with an approved exemption, will be required to comply with COVID-19 testing and other preventive requirements, as determined by UCS. In the event of an outbreak, individuals with exemptions may be excluded from entering UCS courts/facilities as may be necessary to protect all unvaccinated members of the UCS community, until the outbreak is declared to be over.

UCS will carefully review all requests for medical exemptions, however, approval is not guaranteed. After your request has been reviewed and processed, you will be notified, in writing, if an exemption has been granted or denied. The decision is final and not subject to appeal. Individuals whose requests are denied are permitted to reapply if new documentation and information is later available in support of a new application for medical exemption.

If a judge or employee refuses to provide the information necessary for UCS to review and consider the request for medical exemption, they will be required to comply with UCS COVID-19 Vaccination mandate.

**Medical exemption process**:

- Read the CDC COVID-19 Vaccine Information;
- Complete and sign the **Verification and Accuracy** statement;
- Have your Licensed Health Care Provider complete the **Certification of Licensed Health Care Provider** form;
- Submit all completed documents to https://portal.nycourts.gov/ExemptionCOVID19Vaccination/.

***Incomplete submissions will not be reviewed -- be sure all forms and documentation are submitted at one time.***

In some cases, UCS will need to obtain additional information and/or documentation about your medical condition in support of the request for medical exemption.

## STATEMENT OF MEDICAL CONDITION FOR EXEMPTION TO COVID-19 VACCINATION

1. I understand that the Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19 and to provide documented proof of same by September 27, 2021.

2. I sincerely certify that my medical condition makes it unsafe for me to receive a COVID-19 vaccination, and that my objections to this vaccination are not based solely on grounds of personal concerns, preferences, or beliefs; or inconvenience; or intellectual beliefs or philosophy.

3. I understand that by initialing each statement below I certify that each statement is true and accurate, and I accept the conditions set forth:

| | |
|---|---|
| | I request exemption from the COVID-19 vaccination requirement due to my current medical condition. |
| | I understand and assume the risks of non-vaccination. |
| | I understand that as I am not vaccinated, in order to protect my own health and the health of the UCS community, I will comply with COVID-19 testing requirements and other preventive guidance as may be established by UCS. |
| | I understand that in the event of a COVID-19 outbreak or threatened outbreak, I may be temporarily excluded from UCS courts/facilities. I agree to comply with these restrictions and accept responsibility for communicating with supervisors and/or human resources administrators, as appropriate to allow compliance with health and safety requirements for unvaccinated individuals. |
| | Should I contract COVID-19, I will immediately report it to UCS and comply with UCS policy regarding isolation, quarantine and/or other safety precaution procedures, including recommendations by my health care provider, and I will leave and/or not return to any UCS court/facility until such time as my health care provider certifies that I am not a risk to the health or safety of others. |
| | I acknowledge that I have read the CDC COVID-19 Vaccine Information. |
| | I understand and agree to comply with and abide by all UCS COVID-19 policies and procedures. |
| | I understand that, if approved, this exemption is provisional based on the current UCS COVID-19 vaccination policy and is subject to change based on any necessary amendments to UCS COVID-19 policies. |
| | I understand that this exemption may be revoked, and I may be subject to appropriate administrative, remedial and/or disciplinary action if any of the information I provided in support of this exemption is false. |
| | I authorize my licensed health care provider to provide UCS with personal health information about my medical condition related to this request for exemption from COVID-19 vaccination and to provide UCS with a Certification of Licensed Health Care Provider. I acknowledge that I may be required to provide additional medical documentation in support of my request for medical exemption. |

## Verification and Accuracy

I verify that the information I am submitting in support of my request for a medical exemption to the COVID-19 vaccination is true, accurate, and complete to the best of my knowledge. I understand that this exemption may be revoked, and I may be subject to appropriate administrative, remedial and/or disciplinary action if any of the information I provided in support of this exemption is false.

Name: ______________________________

Primary Email: ______________________________

Phone: ______________________________

Signature: ______________________________

Date: ______________

**New York State Unified Court System**

**Certification of Licensed Health Care Provider**

**For Request for Medical Exemption from COVID-19 Vaccine**

The New York State Unified Court System (UCS) requires all employees to be fully vaccinated for COVID-19.

My patient, ____________________, is submitting a request for a medical exemption from this COVID-19 vaccination requirement.

In support of that medical exemption, my patient voluntarily requests and authorizes me to prepare this Form, and to provide UCS with personal health information about the patient's medical condition(s) related to this request, including supporting documentation regarding the medical reason that vaccination is contraindicated to the patient's medical condition(s) that render the vaccine unsafe for the patient at this time.

**Option 1 - Allergy**

☐ A documented history of a severe allergic reaction to any component of a COVID-19 vaccine or to a substance that is cross-reactive with a component. Please specify the allergic components of **ALL** the following vaccines.

**NOTE**: since egg-free vaccine is available, history of an egg allergy will not be accepted as an allergic reaction to a COVID component.

- Moderna - List the allergic component(s):
- Pfizer - List the allergic component(s):
- Janssen/Johnson & Johnson - List the allergic component(s):

☐ A documented history of a severe allergic reaction after a previous dose of the COVID-19 vaccine. Please indicate to which vaccine the patient had a reaction, the date of the vaccine, and the severe reaction:

- Moderna - Date of Vaccine & Reaction:
- Pfizer - Date of Vaccine & Reaction:
- Janssen/Johnson & Johnson - Date of Vaccine & Reaction:

**Option 2 - Physical Condition/Medical Circumstance**

☐ The physical condition or medical circumstances of the patient that render vaccination unsafe or contraindicate COVID-19 vaccination are as follows:

Probable time the physical condition or medical circumstances is expected to render vaccination unsafe or contraindicated to COVID-19 vaccination is: ____________________________

**Health Care Provider Certification**

I certify that the information contained herein is true, accurate, and complete and I support the patient's request for a medical exemption from the COVID-19 vaccine requirement of UCS.

Health Care Provider Name: ______________________________

Practice/Specialty: ______________________________

License Number: ______________________________

Address: ______________________________________

Telephone Number: ___________________________

Email: ____________________________

Signature: ______________________________

Date: ______________________________

# EXHIBIT B

# STATE OF NEW YORK - UNIFIED COURT SYSTEM
## REQUEST FOR RELIGIOUS EXEMPTION FROM COVID-19 VACCINATION

The Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19. However, to further its commitment to provide equal employment opportunities without regard to any protected status and a work environment that is free of unlawful harassment, discrimination, and retaliation, UCS complies with all laws protecting religious beliefs and practices. Upon request, UCS will grant a religious exemption for sincerely held religious beliefs and practices which prohibit a judge or employee from receiving a COVID-19 vaccine. To request a religious exemption from UCS' COVID-19 vaccination requirement, judges and employees must complete this Form and return it, along with the "Affidavit of Religious Objection to COVID-19 Vaccination", "Personal Statement Form" and such additional documentation as may be necessary/appropriate to support the request to https://portal.nycourts.gov/ExemptionCOVID19Vaccination/.

For the current year, requests for religious exemptions must be received by September 27, 2021. If approved, the exemption will remain in effect through September 30, 2022. Individuals with approved exemptions may request to renew exemptions annually no later than October 1 for each year.

Individuals who have timely submitted a request for a religious exemption and are awaiting approval, and individuals with an approved exemption, will be required to comply with COVID-19 testing and other preventive requirements, as determined by UCS. In the event of an outbreak, individuals with exemptions may be excluded from entering UCS courts/facilities as may be necessary to protect all unvaccinated members of the UCS community, until the outbreak is declared to be over.

UCS will carefully review all requests for religious exemptions, however, approval is not guaranteed. After your request has been reviewed and processed, you will be notified, in writing, if an exemption has been granted or denied. The decision is final and not subject to appeal.

If a judge or employee refuses to provide the information necessary for UCS to review and consider their request for religious exemption, they will be required to comply with UCS COVID-19 Vaccination mandate.

**Religious exemption process**:

- Read the CDC COVID-19 Vaccine Information;
- Complete the **Affidavit of Religious Objection to COVID-19 Vaccination**;
- Complete the **Personal Statement Form**;
- Sign before a Notary Public;
- Attach such additional documentation about your faith/beliefs which are contrary to vaccination, including but not limited to the COVID-19 vaccination, as necessary/appropriate to support your request; and
- Submit all completed documents to https://portal.nycourts.gov/ExemptionCOVID19Vaccination/.

***Incomplete submissions will not be reviewed -- be sure all forms and documentation are submitted at one time.***

Your request must be accompanied by the signed and notarized "**Affidavit of Religious Objection to COVID-19 Vaccination**" and "**Personal Statement Form**" (attached below). In some cases, UCS will need to obtain additional information and/or documentation about your sincerely held religious practice(s) or belief(s). UCS may need to discuss the nature of your religious belief(s)/practice(s) with your religion's spiritual leader (if applicable) or religious scholars to address your request for an exemption.

(Proceed to Following Pages for Affidavit of Religious Objection to COVID-19 Vaccination and Personal Statement)

## AFFIDAVIT OF RELIGIOUS OBJECTION TO COVID-19 VACCINATION

1. I understand that the Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19 and to provide documented proof of same by September 27, 2021.

2. I swear or affirm that vaccination is contrary to my sincerely held religious beliefs and practices, and that my objections to this vaccination are not based solely on grounds of personal concerns, preferences, or beliefs; or inconvenience; or intellectual beliefs or philosophy.

3. I understand that by initialing each statement below I swear or affirm that each statement is true and accurate, and I accept the conditions set forth:

| | |
|---|---|
| | I request exemption from the COVID-19 vaccination requirement due to my sincere religious beliefs. |
| | I understand and assume the risks of non-vaccination. |
| | I understand that as I am not vaccinated, in order to protect my own health and the health of the UCS community, I will comply with COVID-19 testing requirements and other preventive guidance as may be established by UCS. |
| | I understand that in the event of a COVID-19 outbreak or threatened outbreak, I may be temporarily excluded from UCS courts/facilities. I agree to comply with these restrictions and accept responsibility for communicating with supervisors and/or human resources administrators, as appropriate to allow compliance with health and safety requirements for unvaccinated individuals. |
| | Should I contract COVID-19, I will immediately report it to UCS and comply with UCS policy regarding isolation, quarantine and/or other safety precaution procedures, including recommendations by my health care provider, and I will leave and/or not return to any UCS court/facility until such time as my health care provider certifies that I am not a risk to the health or safety of others. |
| | I acknowledge that I have read the CDC COVID-19 Vaccine Information. |
| | I understand and agree to comply with and abide by all UCS COVID-19 policies and procedures. |
| | I understand that, if approved, this exemption is provisional based on the current UCS COVID-19 vaccination policy and is subject to change based on any necessary amendments to UCS COVID-19 policies. |
| | I understand that this exemption may be revoked, and I may be subject to appropriate administrative, remedial and/or disciplinary action if any of the information I provided in support of this exemption is false. |

**Request for Religious Exemption from COVID-19 Vaccine Personal Statement Form**

In the space below, please provide a personal written and signed statement detailing the religious basis for your vaccination objection, explaining why you are requesting this religious exemption, the religious principle(s) that guide your objections to vaccination, and the religious basis that prohibits the COVID-19 vaccination. Attach additional pages, if needed, along with any documentation you submit in support of your request.

I swear or affirm that my **Affidavit of Religious Objection to COVID-19 Vaccination** and my **Request for Religious Exemption from COVID-19 Vaccine Personal Statement** above are true, accurate, and complete, and that I have a sincerely held religious belief and practice that prohibits me from receiving the COVID-19 vaccination.

I acknowledge that false statements intentionally made herein may be punishable as class A misdemeanor under PL 210.05.

Signature: ______________________________ Date: ______________

Print Name: ______________________________

Email: ______________________________

Phone: ______________________________

Sworn and subscribed before me

This _____ day of__________________, 2021

______________________________

Notary Public

My commission expires: ________________

**STATE OF NEW YORK - UNIFIED COURT SYSTEM**

**REQUEST FOR MEDICAL EXEMPTION FROM COVID-19 VACCINATION**

The Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19. However, to further its commitment to provide equal employment opportunities without regard to any protected status and a work environment that is free of unlawful harassment, discrimination, and retaliation, UCS complies with all laws protecting qualified individuals with underlying medical conditions. Upon request, UCS will grant a medical exemption for individuals with underlying medical conditions that makes receiving the COVID-19 vaccine unsafe for them. To request a medical exemption from UCS' COVID-19 vaccination requirement, judges and employees must complete this Form; have a licensed health care provider, not related to the applicant, whose specialty is appropriate to the associated medical condition, prepare the **Certification of Licensed Health Care Provider** form; and return the form, along with any such additional documentation as may be necessary to support the request, to https://portal.nycourts.gov/ExemptionCOVID19Vaccination/.

Medical exemptions are intended for those with underlying medical conditions that render the COVID-19 vaccine unsafe for them.

For the current year, requests for medical exemptions must be received by September 27, 2021. The expiration of the exemption will be based upon the Certification of the Licensed Health Care Provider, which date will be noted in the UCS Approval, but shall be no longer than one year. Individuals may request to renew exemptions upon the expiration of such Approval, but annually no later than October 1 for each year.

Individuals who have timely submitted a request for a medical exemption and are awaiting approval, and individuals with an approved exemption, will be required to comply with COVID-19 testing and other preventive requirements, as determined by UCS. In the event of an outbreak, individuals with exemptions may be excluded from entering UCS courts/facilities as may be necessary to protect all unvaccinated members of the UCS community, until the outbreak is declared to be over.

UCS will carefully review all requests for medical exemptions, however, approval is not guaranteed. After your request has been reviewed and processed, you will be notified, in writing, if an exemption has been granted or denied. The decision is final and not subject to appeal. Individuals whose requests are denied are permitted to reapply if new documentation and information is later available in support of a new application for medical exemption.

If a judge or employee refuses to provide the information necessary for UCS to review and consider the request for medical exemption, they will be required to comply with UCS COVID-19 Vaccination mandate.

**Medical exemption process**:

- Read the CDC COVID-19 Vaccine Information;
- Complete and sign the **Verification and Accuracy** statement;
- Have your Licensed Health Care Provider complete the **Certification of Licensed Health Care Provider** form;
- Submit all completed documents to https://portal.nycourts.gov/ExemptionCOVID19Vaccination/.

***Incomplete submissions will not be reviewed -- be sure all forms and documentation are submitted at one time.***

In some cases, UCS will need to obtain additional information and/or documentation about your medical condition in support of the request for medical exemption.

**STATEMENT OF MEDICAL CONDITION**
**FOR EXEMPTION TO COVID-19 VACCINATION**

1. I understand that the Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19 and to provide documented proof of same by September 27, 2021.

2. I sincerely certify that my medical condition makes it unsafe for me to receive a COVID-19 vaccination, and that my objections to this vaccination are not based solely on grounds of personal concerns, preferences, or beliefs; or inconvenience; or intellectual beliefs or philosophy.

3. I understand that by initialing each statement below I certify that each statement is true and accurate, and I accept the conditions set forth:

| | |
|---|---|
| | I request exemption from the COVID-19 vaccination requirement due to my current medical condition. |
| | I understand and assume the risks of non-vaccination. |
| | I understand that as I am not vaccinated, in order to protect my own health and the health of the UCS community, I will comply with COVID-19 testing requirements and other preventive guidance as may be established by UCS. |
| | I understand that in the event of a COVID-19 outbreak or threatened outbreak, I may be temporarily excluded from UCS courts/facilities. I agree to comply with these restrictions and accept responsibility for communicating with supervisors and/or human resources administrators, as appropriate to allow compliance with health and safety requirements for unvaccinated individuals. |
| | Should I contract COVID-19, I will immediately report it to UCS and comply with UCS policy regarding isolation, quarantine and/or other safety precaution procedures, including recommendations by my health care provider, and I will leave and/or not return to any UCS court/facility until such time as my health care provider certifies that I am not a risk to the health or safety of others. |
| | I acknowledge that I have read the CDC COVID-19 Vaccine Information. |
| | I understand and agree to comply with and abide by all UCS COVID-19 policies and procedures. |
| | I understand that, if approved, this exemption is provisional based on the current UCS COVID-19 vaccination policy and is subject to change based on any necessary amendments to UCS COVID-19 policies. |
| | I understand that this exemption may be revoked, and I may be subject to appropriate administrative, remedial and/or disciplinary action if any of the information I provided in support of this exemption is false. |
| | I authorize my licensed health care provider to provide UCS with personal health information about my medical condition related to this request for exemption from COVID-19 vaccination and to provide UCS with a Certification of Licensed Health Care Provider. I acknowledge that I may be required to provide additional medical documentation in support of my request for medical exemption. |

**Verification and Accuracy**

I verify that the information I am submitting in support of my request for a medical exemption to the COVID-19 vaccination is true, accurate, and complete to the best of my knowledge. I understand that this exemption may be revoked, and I may be subject to appropriate administrative, remedial and/or disciplinary action if any of the information I provided in support of this exemption is false.

Name: ______________________________________________

Primary Email: ______________________________________________

Phone: ______________________________________________

Signature: ______________________________________________

Date: ____________________

**New York State Unified Court System**

**Certification of Licensed Health Care Provider**

**For Request for Medical Exemption from COVID-19 Vaccine**

The New York State Unified Court System (UCS) requires all employees to be fully vaccinated for COVID-19.

My patient, ______________________, is submitting a request for a medical exemption from this COVID-19 vaccination requirement.

In support of that medical exemption, my patient voluntarily requests and authorizes me to prepare this Form, and to provide UCS with personal health information about the patient's medical condition(s) related to this request, including supporting documentation regarding the medical reason that vaccination is contraindicated to the patient's medical condition(s) that render the vaccine unsafe for the patient at this time.

**Option 1 - Allergy**

☐ A documented history of a severe allergic reaction to any component of a COVID-19 vaccine or to a substance that is cross-reactive with a component. Please specify the allergic components of **ALL** the following vaccines.

**NOTE**: since egg-free vaccine is available, history of an egg allergy will not be accepted as an allergic reaction to a COVID component.

- Moderna - List the allergic component(s):
- Pfizer - List the allergic component(s):
- Janssen/Johnson & Johnson - List the allergic component(s):

☐ A documented history of a severe allergic reaction after a previous dose of the COVID-19 vaccine. Please indicate to which vaccine the patient had a reaction, the date of the vaccine, and the severe reaction:

- Moderna - Date of Vaccine & Reaction:
- Pfizer - Date of Vaccine & Reaction:
- Janssen/Johnson & Johnson - Date of Vaccine & Reaction:

**Option 2 – Physical Condition/Medical Circumstance**

☐ The physical condition or medical circumstances of the patient that render vaccination unsafe or contraindicate COVID-19 vaccination are as follows:

Probable time the physical condition or medical circumstances is expected to render vaccination unsafe or contraindicated to COVID-19 vaccination is: ___________________________

**Health Care Provider Certification**

I certify that the information contained herein is true, accurate, and complete and I support the patient's request for a medical exemption from the COVID-19 vaccine requirement of UCS.

Health Care Provider Name: ______________________________

Practice/Specialty: ______________________________

License Number: ______________________________

Address: ______________________________________

Telephone Number: __________________________

Email: ___________________________

Signature: ______________________________

Date: ______________________________

# STATE OF NEW YORK - UNIFIED COURT SYSTEM

# REQUEST FOR RELIGIOUS EXEMPTION FROM COVID-19 VACCINATION

The Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19. However, to further its commitment to provide equal employment opportunities without regard to any protected status and a work environment that is free of unlawful harassment, discrimination, and retaliation, UCS complies with all laws protecting religious beliefs and practices. Upon request, UCS will grant a religious exemption for sincerely held religious beliefs and practices which prohibit a judge or employee from receiving a COVID-19 vaccine. To request a religious exemption from UCS' COVID-19 vaccination requirement, judges and employees must complete this Form and return it, along with the "Affidavit of Religious Objection to COVID-19 Vaccination", "Personal Statement Form" and such additional documentation as may be necessary/appropriate to support the request to https://portal.nycourts.gov/ExemptionCOVID19Vaccination/.

For the current year, requests for religious exemptions must be received by September 27, 2021. If approved, the exemption will remain in effect through September 30, 2022. Individuals with approved exemptions may request to renew exemptions annually no later than October 1 for each year.

Individuals who have timely submitted a request for a religious exemption and are awaiting approval, and individuals with an approved exemption, will be required to comply with COVID-19 testing and other preventive requirements, as determined by UCS. In the event of an outbreak, individuals with exemptions may be excluded from entering UCS courts/facilities as may be necessary to protect all unvaccinated members of the UCS community, until the outbreak is declared to be over.

UCS will carefully review all requests for religious exemptions, however, approval is not guaranteed. After your request has been reviewed and processed, you will be notified, in writing, if an exemption has been granted or denied. The decision is final and not subject to appeal.

If a judge or employee refuses to provide the information necessary for UCS to review and consider their request for religious exemption, they will be required to comply with UCS COVID-19 Vaccination mandate.

**Religious exemption process**:

- Read the CDC COVID-19 Vaccine Information;
- Complete the **Affidavit of Religious Objection to COVID-19 Vaccination**;
- Complete the **Personal Statement Form**;
- Sign before a Notary Public;
- Attach such additional documentation about your faith/beliefs which are contrary to vaccination, including but not limited to the COVID-19 vaccination, as necessary/appropriate to support your request; and
- Submit all completed documents to https://portal.nycourts.gov/ExemptionCOVID19Vaccination/.

***Incomplete submissions will not be reviewed -- be sure all forms and documentation are submitted at one time.***

Your request must be accompanied by the signed and notarized **"Affidavit of Religious Objection to COVID-19 Vaccination" and "Personal Statement Form"** (attached below). In some cases, UCS will need to obtain additional information and/or documentation about your sincerely held religious practice(s) or belief(s). UCS may need to discuss the nature of your religious belief(s)/practice(s) with your religion's spiritual leader (if applicable) or religious scholars to address your request for an exemption.

(Proceed to Following Pages for Affidavit of Religious Objection to COVID-19 Vaccination and Personal Statement)

**AFFIDAVIT OF RELIGIOUS OBJECTION TO COVID-19 VACCINATION**

1. I understand that the Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19 and to provide documented proof of same by September 27, 2021.

2. I swear or affirm that vaccination is contrary to my sincerely held religious beliefs and practices, and that my objections to this vaccination are not based solely on grounds of personal concerns, preferences, or beliefs; or inconvenience; or intellectual beliefs or philosophy.

3. I understand that by initialing each statement below I swear or affirm that each statement is true and accurate, and I accept the conditions set forth:

| | |
|---|---|
| | I request exemption from the COVID-19 vaccination requirement due to my sincere religious beliefs. |
| | I understand and assume the risks of non-vaccination. |
| | I understand that as I am not vaccinated, in order to protect my own health and the health of the UCS community, I will comply with COVID-19 testing requirements and other preventive guidance as may be established by UCS. |
| | I understand that in the event of a COVID-19 outbreak or threatened outbreak, I may be temporarily excluded from UCS courts/facilities. I agree to comply with these restrictions and accept responsibility for communicating with supervisors and/or human resources administrators, as appropriate to allow compliance with health and safety requirements for unvaccinated individuals. |
| | Should I contract COVID-19, I will immediately report it to UCS and comply with UCS policy regarding isolation, quarantine and/or other safety precaution procedures, including recommendations by my health care provider, and I will leave and/or not return to any UCS court/facility until such time as my health care provider certifies that I am not a risk to the health or safety of others. |
| | I acknowledge that I have read the CDC COVID-19 Vaccine Information. |
| | I understand and agree to comply with and abide by all UCS COVID-19 policies and procedures. |
| | I understand that, if approved, this exemption is provisional based on the current UCS COVID-19 vaccination policy and is subject to change based on any necessary amendments to UCS COVID-19 policies. |
| | I understand that this exemption may be revoked, and I may be subject to appropriate administrative, remedial and/or disciplinary action if any of the information I provided in support of this exemption is false. |

**Request for Religious Exemption from COVID-19 Vaccine Personal Statement Form**

In the space below, please provide a personal written and signed statement detailing the religious basis for your vaccination objection, explaining why you are requesting this religious exemption, the religious principle(s) that guide your objections to vaccination, and the religious basis that prohibits the COVID-19 vaccination. Attach additional pages, if needed, along with any documentation you submit in support of your request.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

I swear or affirm that my **Affidavit of Religious Objection to COVID-19 Vaccination** and my **Request for Religious Exemption from COVID-19 Vaccine Personal Statement** above are true, accurate, and complete, and that I have a sincerely held religious belief and practice that prohibits me from receiving the COVID-19 vaccination.

I acknowledge that false statements intentionally made herein may be punishable as class A misdemeanor under PL 210.05.

Signature: ______________________________ Date: ______________

Print Name: ______________________________

Email: ______________________________

Phone: ______________________________

Sworn and subscribed before me

This _____ day of____________________, 2021

______________________________

Notary Public

My commission expires: ____________________