Jessica Bergin 3055
Page 1

## AFFIDAVIT OF RELIGIOUS OBJECTION TO COVID-19 VACCINATION

1. I understand that the Unified Court System ("UCS") requires all judges and employees to be fully vaccinated against COVID-19 and to provide documented proof of same by September 27, 2021.

2. I swear or affirm that vaccination is contrary to my sincerely held religious beliefs and practices, and that my objections to this vaccination are not based solely on grounds of personal concerns, preferences, or beliefs; or inconvenience; or intellectual beliefs or philosophy.

3. I understand that by initialing each statement below I swear or affirm that each statement is true and accurate, and I accept the conditions set forth:

| | |
|---|---|
| JB | I request exemption from the COVID-19 vaccination requirement due to my sincere religious beliefs. |
| JB | I understand and assume the risks of non-vaccination. |
| JB | I understand that as I am not vaccinated, in order to protect my own health and the health of the UCS community, I will comply with COVID-19 testing requirements and other preventive guidance as may be established by UCS. |
| JB | I understand that in the event of a COVID-19 outbreak or threatened outbreak, I may be temporarily excluded from UCS courts/facilities. I agree to comply with these restrictions and accept responsibility for communicating with supervisors and/or human resources administrators, as appropriate to allow compliance with health and safety requirements for unvaccinated individuals. |
| JB | Should I contract COVID-19, I will immediately report it to UCS and comply with UCS policy regarding isolation, quarantine and/or other safety precaution procedures, including recommendations by my health care provider, and I will leave and/or not return to any UCS court/facility until such time as my health care provider certifies that I am not a risk to the health or safety of others. |
| JB | I acknowledge that I have read the CDC COVID-19 Vaccine Information. |
| JB | I understand and agree to comply with and abide by all UCS COVID-19 policies and procedures. |
| JB | I understand that, if approved, this exemption is provisional based on the current UCS COVID-19 vaccination policy and is subject to change based on any necessary amendments to UCS COVID-19 policies. |
| JB | I understand that this exemption may be revoked, and I may be subject to appropriate administrative, remedial and/or disciplinary action if any of the information I provided in support of this exemption is false. |

Jessica Bergin 3055
Page 2

**Request for Religious Exemption from COVID-19 Vaccine Personal Statement Form**

In the space below, please provide a personal written and signed statement detailing the religious basis for your vaccination objection, explaining why you are requesting this religious exemption, the religious principle(s) that guide your objections to vaccination, and the religious basis that prohibits the COVID-19 vaccination. Attach additional pages, if needed, along with any documentation you submit in support of your request.

I respectfully request a religious exemption. Please see attached documentation including my typed personal statement, as it would not fit on one page, and a letter from my pastor and church supporting my beliefs. Both letters have been signed and notarized, illustrating my sincere devotion to God and my faith and protecting my religious liberties. Additional information can be provided upon request. It is with deep gratitude and appreciation that I submit these letters for your consideration.

Thank you

JB

Jessica Bergin

* please note, the font on my personal statement is different because the portal only allowed a certain number of pages to be submitted so I had to consolidate. Thank you.

Jessica Bergin 3055
Page 3

I swear or affirm that my **Affidavit of Religious Objection to COVID-19 Vaccination and my Request for Religious Exemption from COVID-19 Vaccine Personal Statement** above are true, accurate, and complete, and that I have a sincerely held religious belief and practice that prohibits me from receiving the COVID-19 vaccination.

I acknowledge that false statements intentionally made herein may be punishable as class A misdemeanor under PL 210.05.

Signature: [signature] Date: 9/24/21

Print Name: Jessica Bergin

Email: missinJB5@aol.com / JBergin@nycourts.gov

Phone: (718) 208-3735

Sworn and subscribed before me

This 24th day of September, 2021

[signature]

Notary Public

For notary use only

My commission expires: 03/02/2023

Jessica Bergin 3055
Page 4

September 24, 2021

Re: Covid-19 Vaccine Mandate/Religious Exemption

To Whom It May Concern,

My name is Jessica Bergin and I am writing to respectfully voice my declination of receiving this vaccine based on my religious affiliation. I am sincerely devoted to God, His Word and the Holy Trinity, and I have been taught that I have the right of conscience to choose what enters my body. I cannot, in good faith, be forced to take this vaccine against my free will as it disobeys my religious faith.

My family and I have been baptized and have received all sacraments in the church. I have been a practicing, devoted servant of Christ my entire life. I have been an active member in the church and the community, as an alter server, Eucharistic minister, funeral director, CCD religious education intern and teacher, mentor to younger parishioners and have attended religious school my entire life. I minored in, and extensively studied, theology in a school founded by the Franciscan brothers. I am a volunteer in many churches and missions, past and present.

According to my faith, any coerced medical treatment will infringe on my right of conscience, to manage my personal medical treatments, free of outside pressure. In addition to religious beliefs, i try to live each day as pure as possible and most of my consumption is organic or from the earth. Growing up, in addition to being devoted members of the church, some of my maternal family members were doctors of Holistic Chinese Medicine. I was educated in healing through natural remedies and therapeutics (ie; vitamins, minerals, plant-based food, breathing exercises, meditation, yoga) Also, now is a different/ important time for our family as we are trying to conceive the precious gift of life. We have chosen to refrain from putting anything into our bodies. In the past, after years of minor health issues/ailments and not truly understanding how it feels to decide what enters my body, I have experienced great clarity and have healed myself. I have been in close contact with my doctors who also believe that taking this inoculation should be solely my choice, since it is my body.

I strongly believe in the sanctity of human life. I cannot, with a clear conscience, take these vaccines as it has been confirmed that they have been developed using ingredients and methods, which unequivocally violate my ethics. This is something I feel very passionate about. ***Please see attached letter from my pastor.**

Furthermore, I believe that there are 'reasonable accommodations,' absent of this vaccination, including but not limited to testing, masking, social distancing, antibodies, etc. in order to maintain safety in the workplace. I believe I can abide by these accommodations in order to uphold both my personal beliefs and my employment.

Respectfully and humbly, any forced medical mandates would raise questions as far as whether or not side effects or direct injuries from said vaccine would be covered by the institution mandating it. Regardless, after extensive prayer, and moral and spiritual counseling, my family and I have decided not to put anything into our bodies against our sincere beliefs. I would stress that I love my job and I want to remain a beneficial asset to my co-workers and my community. I believe I can still carry out my duties absent of the vaccine. I desire to continue acting in good faith, upholding my sincere morals, religious freedom and everlasting devotion to Jesus Christ.

*Please see below, as there are scripture verses that support my decision.

Jessica Bergin 3055
Page 5

1 Corinthians 3:17 "If anyone destroys God's temple, God will destroy him. For God's temple is holy, and you are that temple."

1 Corinthians 6:19-20 "Or do you not know that your body is a temple of the Holy Spirit within you, whom you have from God? You are not your own, for you were bought with a price. So glorify God in your body."

Ecclesiastes11:5 "As you do not know the way the spirit comes to the bones in the womb of a woman with child, so you do not know the work of God who makes everything."

Exodus 23:25 "You shall serve the Lord your God, and he will bless your bread and your water, and I will take sickness away from among you."

Jeremiah 17:14 "Heal me, O Lord, and I shall be healed; save me, and I shall be saved, for you are my praise."

Jeremiah 29:11 "For I know the plans I have for you, declares the Lord, plans for welfare and not for evil, to give you a future and a hope."

Isaiah 41:10 "Fear not, for I am with you; be not dismayed, for I am your God; I will strengthen you, I will help you, I will uphold you with my righteous right hand."

3 John 1:2 "Beloved, I pray that all may go well with you and that you may be in good health, as it goes well with your soul."

John 14:14 "If you ask me anything in my name, I will do it."

Luke 8:43-48 "And there was a woman who had had a discharge of blood for twelve years, and though she had spent all her living on physicians, she could not be healed by anyone. She came up behind him and touched the fringe of his garment, and immediately her discharge of blood ceased. And Jesus said, "Who was it that touched me?" When all denied it, Peter said, "Master, the crowds surround you and are pressing in on you!" But Jesus said, "Someone touched me, for I perceive that power has gone out from me." And when the woman saw that she was not hidden, she came trembling, and falling down before him declared in the presence of all the people why she had touched him, and how she had been immediately healed. …"

Mark 5:34 "And he said to her, "Daughter, your faith has made you well; go in peace, and be healed of your disease."

Proverbs 3:7-8"Be not wise in your own eyes; fear the Lord, and turn away from evil. It will be healing to your flesh and refreshment to your bones."

Psalm 41:3"The Lord sustains him on his sickbed; in his illness you restore him to full health."

Psalm 48:14"That this is God, our God forever and ever. He will guide us forever."

Psalm 91:3-6 "For he will deliver you from the snare of the fowler and from the deadly pestilence. He will cover you with his pinions, and under his wings you will find refuge; his faithfulness is a shield and buckler. You will not fear the terror of the night, nor the arrow that flies by day, nor the pestilence that stalks in darkness, nor the destruction that wastes at noonday."

Psalm 103:1-22 "Bless the Lord, O my soul, and all that is within me, bless his holy name! Bless the Lord, O my soul, and forget not all his benefits, who forgives all your iniquity, who heals all your diseases, who redeems your life from the pit, who crowns you with steadfast love and mercy, who satisfies you with good so that your youth is renewed like the eagle's. …"

Jessica Bergin 3055
Page 6

**Psalm 127:3**

"Behold, children are a heritage from the Lord, the fruit of the womb a reward."

**Psalm 139:13**

"For you formed my inward parts; you knitted me together in my mother's womb."

**1 Timothy 4:8**

"For while bodily training is of some value, godliness is of value in every way, as it holds promise for the present life and also for the life to come."

*Please see letter attached, which illustrates personal moral and spiritual counseling with my pastor. Thank you

Thank you for your time and consideration,

Sincerely,

Jessica Bergin,

Court Officer

Richmond Criminal Court

9/24/2021

For notary use only

WING F. YUM
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in Richmond County
01YU6320199
MY COMMISSION EXPIRES 3/2/2023

Jessica Bergin 3055
page 7

# ICC INTERNATIONAL CHRISTIAN CENTER

REACHING THE CITY
TOUCHING THE WORLD

September 3, 2021

Dear New York State Court House,

Jessica Bergin, a court officer, is a member or active attender of International Christian Center, a General Council Church of the Assemblies of God, on Staten Island, New York. International Christian Center does not prohibit the receipt of most vaccines, the following teaching of International Christian Center demonstrates the principled religious basis on which Jessica Bergin holds a conscientious religious objection to the current Covid-19 vaccines.

International Christian Center (AG) Statement of Faith includes a summary of its most sincerely held religious beliefs, which includes beliefs regarding the Sanctity of human life:

> The Assemblies of God Churches bases its understanding of the nature of human beings on the Bible. By making human beings in His own image, God set them above all other forms of life on earth. The term "image of God" signifies, like their Creator, men and women are personal and spiritual beings, rational and relational. Every human life, from conception through death, is therefore to be valued, respected, nurtured, and protected. Every human life is to be lived in obedience to God and His Word.
>
> To this end, the Assemblies of God offers the following Biblical perspectives:
>
> ABORTION: The Assemblies of God views the practice of abortion as an evil that has been inflicted upon millions of innocent babies and that will threaten millions more in the years to come. Abortion is morally unacceptable alternative for birth control, population control, sex selection, and elimination for the physically and mentally handicapped.
>
> STEM CELL RESEARCH: Stem Cell Research shows great promise for the cure of numerous diseases and should proceed under appropriate ethical guidelines regularly reviewed and revised. There are stem cells, such as adult stem cells, that are readily available for research and whose procurement does not compromise the sanctity of human life. However, the practice of cultivating stem cells from the tissue of aborted fetuses (embryonic stem cells) perpetuates the evil of abortion and should be prohibited. Likewise, the cultivation of stem cells from the unused embryos left with fertility clinics raises serious ethical concerns for human life. Great care must always be exercised in the cultivation of stem cells to insure that the sanctity and dignity of human life are not compromised.

In light of this evidence, that fetal stem cell lines have been used in the development of the Johnson & Johnson Covid-19 vaccine, and fetal stem cell lines have been used n the testing of the Moderna and Pfizer Covid-19 vaccines. See James Lawler MD, You asked, we answered: Do the Covid-19 vaccines contain aborted fetal stem cells? Nebraska Medicine, August 4, 2021, https://www.nebraskaskamed.com/COVID/you-asked-we Answered-do-the-covid-19-vaccines-contain- aborted-fetal-cells. Thus, International Christian Center supports its religious belief the receiving a vaccine that uses aborted fetal cell lines in the development or testing of the vaccine violates their sincerely held religious beliefs regarding the sanctity and protection of pre-born children.

PASTOR RONALD SQUIBB I 1501 RICHMOND AVENUE I STATEN ISLAND, NY I 10314 I 718.494.5433 I ICCNYC.ORG

Jessica Bergin 3055
page 8

Thank you for considering this exemption for Jessica Bergin. She would greatly appreciate your reply in writing, so that she can make necessary decisions.

Sincerely,

Ronald L. Squibb
Senior Pastor

LYNDSEY MARTINEZ
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in Richmond County
01MA6147239
MY COMMISSION EXPIRES 5/30/22