NEW YORK STATE
# Unified Court System

OFFICE OF COURT ADMINISTRATION

**UCS VACCINATION EXEMPTION COMMITTEE**

12/29/2021

Dear Jessica Bergin,

Your request for a religious exemption to the UCS Vaccination Mandate was considered by the UCS Vaccination Exemption Committee and denied.

Please be advised that you must submit proof of the first dose of your COVID-19 vaccination through the UCS Revised Mask Policy SharePoint site at https://nycourts.sharepoint.com/sites/COVID-19/CPV in 10 calendar days or if the tenth day falls on a weekend or holiday, the following business day. Please submit by close of business on 01/10/2022, and proof of the second dose (if the vaccine is Pfizer or Moderna) within the medically recommended time frame. Until you are fully vaccinated (defined as two weeks after the single Johnson & Johnson vaccination or two weeks after the second Pfizer or Moderna vaccination), you must continue to submit proof of weekly COVID-19 testing through the UCS Employee Web Portal https://portal.nycourts.gov/ucsmtp/.

Signed,

UCS Vaccination Exemption Committee

25 BEAVER STREET, NEW YORK, NEW YORK 10004 • https://portal.nycourts.gov/ExemptionCOVID19Vaccination/