UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA BERGIN,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK STATE UNIFIED COURT SYSTEM,<br><br>Defendant. | **Case No. 22-CV-5264(BMC)** |

**<u>DECLARATION OF STEVEN M. WARSHAWSKY</u>**
**<u>WITH ATTACHED EXHIBITS #1-4</u>**

I, STEVEN M. WARSHAWSKY, declare as follows:

1. I am the attorney for Plaintiff in the above-captioned civil action.

2. I submit this declaration to place before the Court true and correct copies of certain materials that Plaintiff offers in support of her opposition to Defendant's motion to dismiss (ECF Docs. 12-14).

3. **Exhibit 1** is a true and correct copy of the second set of answers that Jessica Bergin submitted on or about January 3, 2022, in response to the employer's supplemental questionnaire relating to her religious objections to the COVID-19 vaccination policy (Bergin's email address and telephone number redacted).

4. **Exhibit 2** is a chart, prepared by counsel, based on publicly-available information that was obtained from the amended verified petition in another religious exemption lawsuit against the New York State Unified Court System, an Article 78 proceeding in Albany Supreme Court captioned *Nicole Ventresca-Cohen et al. against Janet*

*M. DiFiore, et al.*, Index No. 901953-22. Exhibit 2 summarizes relevant timeline information for 35 UCS employees, plus Jessica Bergin, who applied for religious exemptions to the COVID-19 vaccination policy.

5. **Exhibit 3** is a true and correct copy of the amended verified petition filed in *Nicole Ventresca-Cohen et al. against Janet M. DiFiore, et al.*, Index No. 901953-22. (Albany Supreme Court). Exhibit 3 is the document from which the information summarized in Exhibit 2 was obtained.

6. **Exhibit 4** contains true and correct copies of two supplemental questionnaire responses that Plaintiff obtained from a fellow UCS employee who is involved in an anti-mandate group. This person represented that these responses were submitted by UCS employees whose exemptions had been approved. The documents were provided to Plaintiff with the employees' names and other personal information redacted.

*I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.*

Dated: November 18, 2022

/s/ Steven M. Warshawsky

By: ______________________________

Steven M. Warshawsky
The Warshawsky Law Firm
118 North Bedford Road, Suite 100
Mount Kisco, NY 10549
Tel: (914) 864-3353
Email: smw@warshawskylawfirm.com