**Jessica Bergin v. New York State Unified Court System**
**22-CV-5264(BMC)(EDNY)**

**Plaintiff's Opposition to Defendant's Motion to Dismiss**

# Exhibit 1

**SUPPLEMENTAL AFFIDAVIT OF RELIGIOUS OBJECTION TO COVID-19 VACCINATION**

# Section A

We understand that you have expressed concerns about the connection between fetal cells and the development of the COVID-19 vaccines. It is critical for everyone to have all relevant information to make fully informed decisions regarding COVID-19 vaccination. Please read and review the information below, which summarizes the current medical and scientific information regarding the COVID-19 vaccines and their development. Please also keep in mind that getting vaccinated is an important step we can take to protect ourselves, our community, our workplace, and our family and friends from severe disease and death from COVID-19.

Please review the following statements of fact on the use of fetal cell lines in the development of COVID-19 vaccines.

- Fetal cell lines are not the same as fetal tissue (tissue obtained from a human embryo or fetus). Fetal cell lines are cells that grow in a laboratory. Historical fetal cell lines were derived in the 1960s and 1970s from two elective abortions. Abortions from which fetal cells were obtained were elective and were not done for the purpose of vaccine development. Scientists duplicated those original cells and caused them to multiply into many new cells over the past several decades. Current fetal cell lines are thousands of generations of duplication removed from the cells extracted from fetal tissue. Fetal cell lines are widely used in cancer research, vaccine development, and drug testing.

- COVID-19 vaccine developers Moderna, Pfizer, and Johnson & Johnson/Janssen used two fetal cell lines in testing or manufacturing their vaccines—HEK-293, a kidney cell line that was isolated from a fetus in 1973 from either a spontaneous miscarriage or an elective abortion, and PER.C6, a retinal cell line that was isolated from an aborted fetus in 1985.

- While fetal cell lines were used to develop or manufacture these COVID-19 vaccines, <u>no aborted fetal cells are in the vaccines themselves.</u>

- Neither the Pfizer nor Moderna vaccines use fetal cell lines in the production of their vaccines. HEK-293, however, was used to test the effectiveness and safety of both vaccines.

- Production of the Johnson & Johnson/Janssen vaccine requires the use of a fetal cell line, specifically PER.C6.

- Newly aborted fetal tissue is not used to generate HEK-293 or PER.C6 cells, to modify these cell lines, or to maintain them in a laboratory. The use of HEK-293 and PER.C6 cell lines <u>does not necessitate or create demand for future abortions</u>.

*Even after reviewing all of the facts above, I swear or affirm that taking <u>any</u> of the COVID-19 vaccines would violate my sincere religious beliefs due to their connection to fetal cell lines in either testing or production.*

Signature: ____________________

Below is a list of some common pharmaceutical products that have been tested using fetal cell line HEK-293 (the same fetal cell line used in the testing of the Moderna and Pfizer COVID-19 vaccines). To completely avoid using products tested with the fetal cell line HEK-293, individuals would have to avoid the use of many medical treatments and products and certain processed food and cosmetics.

Please provide the requested information for each group of products and initial each line. *I understand that by initialing each statement below I swear or affirm that the information I have provided is true to the best of my knowledge.*

| Initial | Name of Pharmaceutical Product Tested on HEK-293 Cell Line (Common Brand Name(s)) | 1. Have you ever used any of the products listed in this group? Yes/No | 2. Have you used any of the products listed in this group within the last two years? Yes/No | 3. Would you use any of the products listed in this group in the future, even if recommended or prescribed by a physician? Yes/No |
|---|---|---|---|---|
| JB | Over-the-counter drugs<br>Acetaminophen (Tylenol); Ibuprofen (Advil, Motrin); Acetylsalicylic Acid (Aspirin); Naproxen (Aleve); Pseudoephedrine (Sudafed, SudoGest, Suphedrine); Diphenhydramine (Benadryl); Loratadine (Claritin); Dextromethorphan (Robitussin, Delsym, Robafen); Guaifenesin (Mucinex); Calcium Carbonate (Tums); Aluminum Hydroxide and Magnesium Hydroxide (Maalox); Docusate (Ex-Lax Stool Softener, Colace); Senna Glycoside (Sennoside, Senna, Ex-Lax, Senokot); Bismuth Subsalicylate (Pepto-Bismol); Phenylephrine (Preparation H, Vazculep, Suphedrine PE); Mepyramine or Pyrilamin; Lidocaine (Lidoderm, Recticare) | Yes | No | No |
| JB | Prescription drugs<br>Hydroxychloroquine (Plaquenil); Levothyroxine (Synthroid, Tirosint, Levoxyl); Remdesivir (Veklury); Azithromycin (Zithromax); Ivermectin (Stromectol); Cerivastatin (Baycol, Lipobay), Fluvastatin, (Lescol), Pitavastatin, (Livalo), Pravastatin, (Pravachol), or Rosuvastatin (Crestor) | No | No | No |

If you answered "Yes" to question 3 for over-the-counter drugs and/or prescription drugs, please explain how your religious beliefs permit you to take these medications but prohibit the taking of a COVID-19 vaccine.

Multiple other vaccines utilize HEK293, PER.C6, or other fetal cell lines in production and/or testing, including the MMR (measles, mumps, and rubella), shingles, chicken pox, and hepatitis A vaccines. Please initial and answer the following questions below.

*I understand that by initialing each response I am swearing or affirming that the information I have provided is true.*

| Initials | Question | Yes/No |
| --- | --- | --- |
| JB | 4. Have you ever received the MMR (Measles, Mumps, Rubella) vaccine? | Yes |
| JB | 5. Have you ever received the chicken pox vaccine? | No |
| JB | 6. Have you ever received the shingles vaccine? | No |
| JB | 7. Have you ever received the hepatitis-A vaccine? | No |
| JB | 8. Based upon the information above, would it violate your religious beliefs to now receive the MMR (measles, mumps, and rubella), shingles, chicken pox, hepatitis A, or any other vaccine that is tested on or produced by means of fetal cell lines, including HEK-293? | Yes |

If you answered "No" to question 8, please explain how your religious beliefs permit you to take these vaccines but prohibit the taking of a COVID-19 vaccine.

Please complete notarization and signature on page 7.

## Section B

You have provided information in a previous statement indicating that your religious faith calls for you to abstain from medicines and vaccines due to concerns regarding the sanctity of your body or its purity. Please answer the below questions to allow us to gain a better understanding of your beliefs.

1. Please list all the medicines, medical treatments and procedures, vaccines, and/or foods that you abstain from due to your religious beliefs:

I follow an organic plant-based diet utilizing natural herbs, vitamins, minerals and theraputics as these are our means of healing created by God. All medical decisions are made after deep Prayer and Conversation with God as I am made in His image and my body is a temple of the Holy Spirit. Any undesirable intrusion will defile His design.

2. Please list the date you began to abstain from the above listed medicines and vaccines and/or other medical treatments:

Once I was able to consent to my own medical decisions and obtain full knowledge of my health.

3. Please provide a detailed explanation as to why your religious faith requires you to abstain from the listed substances in question 1.

My sincere faith and deep relationship with God is of the highest importance. My religious beliefs direct me to the truth and wisdom of my creator and I have a moral duty to follow and trust in Him. My beliefs state I must protect and purify the body from sin. I must uphold pure health and wellness as the Holy Spirit has intended. If my body is experiencing ailments, I may pray to the Holy Spirit for guidance and adhere to my religious teachings. Reference Matthew 9:12, Luke 5:31, 1 Corinthians 3:17, Proverbs 3:7-8. Reference attached letter from my pastor.

* I do not believe that by abiding by my moral and religious beliefs and liberties, that I pose a direct threat and I will not cause an undue hardship by following reasonable accomodations under Title VII of the Civil Rights Act of 1964.

(continue to next page)

4. Have you received an influenza (flu), pneumonia, tetanus, shingles, HPV or any other type of vaccine since turning 18 years of age? If yes, please specify the type of vaccine(s) and when it/they was/were administered.

No.

5. If you listed any vaccines in question 4, please explain how your religious beliefs permit you to take these vaccines but prohibit the taking of a COVID-19 vaccine.

Please complete notarization and signature on page 7.

I acknowledge that false statements intentionally made herein can lead to disciplinary action, up to and including termination of employment, and may be punishable as class A misdemeanor under PL 210.05.

Signature: [signature]

Date: 1-3-22

Print Name: Jessica Bergin

Email: [redacted]

Phone: [redacted]

Sworn and subscribed before me
This 3 day of January, 2021-2

[signature]
Notary Public

My commission expires: 03/02/2023

WING F. YUM
STATE OF NEW YORK
NOTARY PUBLIC
MY COMMISSION EXPIRES