**Jessica Bergin v. New York State Unified Court System**
**22-CV-5264(BMC)(EDNY)**

**Plaintiff's Opposition to Defendant's Motion to Dismiss**

# Exhibit 2

# EXHIBIT 2: Comparator Evidence: Timeline Information

| Employee Name | Date of Religious Exemption Application | Date of Supplemental Questionnaire Request | Date of Supplemental Questionnaire Response | Decision Date | Date of Termination ("unfit for service") |
|---|---|---|---|---|---|
| Jessica Bergin | 9/26/21 | 11/8/21 | 11/16/21<br>1/3/22 | Denied<br>12/29/21 | 1/10/22 |
| S. Annunziata | 9/24/21 | | 11/24/21 | Denied<br>12/15/21 | |
| A. Asencio | 9/27/21 | | 12/3/21 | Denied<br>1/6/22 | 1/24/22 |
| B. Bailey | 10/18/21 | | 12/1/21 | Granted<br>12/28/21 | |
| K. Boback | 9/24/21 | 11/12/21 | 11/24/21 | Denied<br>12/23/21 | |
| R. Brink | 9/27/21 | 11/22/21 | 12/6/21 | Denied<br>1/14/22 | |
| M. Bunce | 10/18/21 | 11/19/21 | 12/3/21 | Denied<br>1/14/22 | |
| R. Buss | 9/27/21 | 11/12/21 | 11/23/21 | Denied<br>1/7/22 | |
| F. Cheresnowsky | 10/18/21 | 11/18/21 | 12/13/21 | Denied<br>1/3/22 | |
| Z. Church | 10/21/21 | 12/28/21 | 1/3/22 | Granted<br>1/26/22 | |
| D. Cichon | 9/27/21 | | 12/1/21 | Denied<br>1/3/22 | 1/13/22 |
| S. Colon | 10/18/21 | 11/19/21 | 12/2/21 | Denied<br>1/6/22 | |
| M. Coons | 9/27/21 | 11/17/21 | 12/1/21 | Denied<br>1/7/22 | |
| J. Dantes | 11/5/21 | 11/22/21 | 12/6/21 | Denied<br>1/6/22 | |
| D. Davidson | 10/18/21 | | 12/6/21 | Denied<br>1/6/22 | |
| H. Dulaney | 9/24/21 | 11/8/21 | 11/22/21 | Denied<br>1/7/22 | |
| J. Fiet | 9/23/21 | | 12/3/21 | Granted<br>1/19/22 | |
| J. Fleming | 9/27/21 | 11/17/21 | 12/1/21 | Denied<br>1/7/22 | 1/19/22 |
| J. Giesser | 10/18/21 | | 12/3/21 | Granted<br>12/29/21 | |
| P. Hall | 9/17/21 | 11/4/21 | 11/16/21 | Denied<br>12/29/21 | 1/11/22 |
| J. Hawley | 9/27/21 | 11/9/21 | 11/22/21 | Denied<br>12/9/21 | |
| E. Herrera | 10/18/21 | 11/19/21 | 12/3/21 | Denied<br>12/23/21 | 1/3/22 |
| W. Ingraham | 9/23/21 | | 11/15/21 | Denied<br>2/9/22 | |
| J. Leddo | 10/18/21 | 11/19/21 | 12/9/21 | Granted<br>12/27/21 | |

| | | | | | |
|---|---|---|---|---|---|
| M. McCormick | 9/22/21 | 11/4/21 | 11/17/21 | Denied 12/23/21 | |
| E. Mercuri | 9/27/21 | | 11/17/21 | Denied 12/23/21 | |
| V. O'Donnell | 9/21/21 | 11/18/21 | 12/2/21 | Denied 1/6/22 | |
| V. Ososkalo | 9/24/21 | | 11/22/21 | Denied 12/23/21 | 1/3/22 |
| J. Pashoukos | 9/23/21 | 11/15/21 | 11/24/21 | Denied 1/7/22 | |
| S. Pieper | 10/31/21 | | 12/6/21 | Granted 12/28/21 | |
| N. Platt | 9/27/21 | | | Denied 1/7/22 | 1/18/22 |
| M. Pratt | 10/29/21 12/6/21 | | | Denied 11/22/21 | 12/7/21 |
| J. Rahm | 10/18/21 | 11/22/21 | 12/6/21 | Denied 1/6/22 | |
| A. Sullivan | 9/21/21 | | 11/17/21 | Denied 12/15/21 | |
| N. Ventresca-Cohen | 10/25/21 | 12/2/21 | 12/14/21 | Denied 1/6/22 | |
| B. Wilson | 10/18/21 | 11/22/21 | 12/6/21 | Denied 1/6/22 | |