**Jessica Bergin v. New York State Unified Court System**
**22-CV-5264(BMC)(EDNY)**

**Plaintiff's Opposition to Defendant's Motion to Dismiss**

# Exhibit 3

**STATE OF NEW YORK**
**SUPREME COURT COUNTY OF ALBANY**

---

**Nicole Ventresca-Cohen, Steven Annunziata, Adrienne Asencio, Karen Boback, Richard Brink, Monica Bunce, Roxanne Buss, Fran-Marie Cheresnowsky, Donna Cichon, Suzette Colon, Jeannette Dantes, Danielle Davidson, Heather Dulaney, John Fleming, Patricia Hall, Jamie Hawley, Evelyn Herrera, Wanda Ingraham, Margaret McCormick, Emilce Mercuri, Victoria O'Donnell, Victoria Ososkalo, Jason Pashoukos, Noelle Platt, Meredith Pratt, Jamie Rahm, Alyssa Sullivan, Brian Wilson, and Marjorie Coons,**

**Petitioners,**

**For an Order and Judgment Pursuant to Article 78 of the Civil Practice Law and Rules,**

**-against-**

**JANET M. DiFIORE, as Chief Judicial Officer of the State and Chief Judge of the Court of Appeals; LAWRENCE K. MARKS, as Chief Administrative Judge of the Courts; and the NEW YORK STATE UNIFIED COURT SYSTEM,**

**Respondents.**

**AMENDED VERIFIED PETITION**

**Index No. 901953-22**

---

Petitioners Ventresca-Cohen, Steven Annunziata, Adrienne Asencio, Karen Boback, Richard Brink, Monica Bunce, Roxanne Buss, Fran-Marie Cheresnowsky, Donna Cichon, Suzette Colon, Jeannette Dantes, Danielle Davidson, Heather Dulaney, John Fleming, Patricia Hall, Jamie Hawley, Evelyn Herrera, Wanda Ingraham, Margaret McCormick, Emilce Mercuri, Victoria O'Donnell, Victoria Ososkalo, Jason Pashoukos, Noelle Platt, Meredith Pratt, Jamie Rahm, Alyssa Sullivan, Brian Wilson, and Marjorie Coons, by their attorney, DAREN J. RYLEWICZ, ESQ., (Steven M. Klein and Sarah M. Coligan, of counsel), for their verified petition, state:

## NATURE OF PROCEEDING

1. Petitioners bring this Article 78 proceeding seeking judicial review of 29 separate determinations by the Respondents denying the Petitioners' requests for religious exemptions from the Respondents' COVID-19 vaccination mandate.

## THE PARTIES

2. Petitioners are all non-judicial employees of Respondent New York State Unified Court System ("UCS"), and they work in various courts and UCS administrative offices throughout the State.

3. Petitioners have all applied for but have been denied a religious exemption from Respondents' requirement that they become fully vaccinated against the COVID-19 coronavirus. The details of each Petitioner's application and denial will be further explained below.

4. Respondent JANET M. DIFIORE is the duly appointed Chief Judge of State Court of Appeals and, as such, is the Chief Judicial Officer of UCS pursuant to Judiciary Law section 210.1.

5. Respondent LAWRENCE K. MARKS is the Chief Administrative Judge of the State pursuant to Judiciary Law section 210.3.

6. Respondent UNIFIED COURT SYSTEM ("UCS") is established pursuant to Article VI, Section 1 of the State Constitution. It is the employer for all the Petitioners.

## RELEVANT FACTS

7. On or about August 25, 2021, Respondents announced that all non-judicial UCS employees, including Petitioners, would have to become vaccinated against the COVID-19 coronavirus no later than September 27, 2021. (Exhibit A)

8. As part of its COVID-19 vaccination policy, Respondents permitted UCS employees to request an exemption from its vaccination mandate based on religious objections to receiving such a vaccination. (*Id.*)

9. Any UCS employee who wished to request such an exception would be required to complete a multi-page application in which the employee would be required to explain their objection and swear to the truthfulness of his or her claims. (Exhibit B)

10. Once a number of UCS employees submitted their initial application for a religious exemption, UCS determined that it needed additional information and required many of those employees to complete a supplemental application form. (Exhibit C)

11. Petitioners are aware of at least six UCS employees who applied for and were granted a religious exemption by UCS.

12. With these six employees' permission, Petitioners have attached as Exhibits D - I their applications for a religious exemption that were ultimately approved by UCS. The email address and phone numbers for each of these six UCS employees have been redacted from these exhibits.

13. UCS employee Brandon Bailey submitted his initial request for religious exemption from COVID-19 vaccination on or about October 18, 2021. His request included a lengthy statement describing the basis for his request for exemption. Mr. Bailey identified himself as an Orthodox Christian and explained his objection to the COVID-19 vaccines was based on the use of fetal cell lines derived from aborted human fetuses in the development and testing of those vaccines. He also expressed his objection to any coerced medical treatment due to the importance his faith places on following one's own conscience. Mr. Bailey included lengthy excerpts from "Synodal Statements, Medical Studies, Professional Dissertations, and Hierarchical and Monastic

Statements," which forbid or "recommend against" receiving the available COVID-19 vaccines. He asserted that abortion – and any benefit derived from it – is absolutely forbidden by his faith, and therefore receiving one of the COVID-19 vaccines would result in his "spiritual death." Mr. Bailey also noted the concerns of various religious leaders that the vaccine constitutes "microchipping", is a method of population control, and carries the "mark of the beast," among other concerns.

14. UCS directed Mr. Bailey to submit supplemental information based on the contents of his initial request, and he completed and submitted the supplemental form, sections A and B, on or about December 1, 2021. He indicated in section A that he has not used medication tested on fetal cells in the last two years and would not in the future, nor has he received vaccines other than the Measles, Mumps, and Rubella vaccine, and flu vaccines. He explained in section B that he abstains from substances that contain or were tested on aborted fetal material and has done so since August 2019. He referred to his original submission in response to the third question in section B rather than providing an additional explanation of why his faith requires him to abstain. He noted that although he has previously received some vaccinations, those vaccinations predated his religious beliefs.

15. Mr. Bailey received correspondence from UCS dated December 28, 2021, approving his religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Mr. Bailey are annexed as Exhibit D.

16. Zachary Church is an employee of UCS, and he submitted a request for religious exemption from COVID-19 vaccination on or about October 21, 2021. Mr. Church's application asserts that the COVID-19 vaccines are foreign, man-made substances which he cannot, in accordance with his faith, introduce into his body. He further asserts that receiving a vaccine which made use of aborted fetal tissue would violate his faith and religious beliefs. Mr. Church

emphasized his faith in God, rather than science. His application cited passages from the Bible, specifically Matthew 4:23 and Psalms 3:3. Mr. Church noted in his application that vaccines he received early in life were out of his control, but as an adult he bases medical decisions on his faith.

17. By correspondence dated December 28, 2021, UCS directed Mr. Church to submit supplemental information based on the contents of his initial request. He was directed to complete both sections A and B of the supplemental form, which he submitted on or about January 3, 2022. He indicated in section A that he has not used medication tested on fetal cells in the last two years and would not in the future, nor has he received other vaccines. In section B, Mr. Church explained that he does not take any medication and makes decisions about medical procedures only after seeking guidance through prayer. When asked by UCS' form to provide an explanation of why his faith requires him to abstain from medicines and medical procedures, he explained that his religious beliefs require loyalty to God and faith in God's protection, citing Exodus 15:26. Mr. Church further stated that receiving the vaccine would "negate[] God's protection."

18. Mr. Church received correspondence from UCS dated January 26, 2022, approving his religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Mr. Church are annexed as Exhibit E.

19. Jason Fiet is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about September 23, 2021. His request included a lengthy statement describing his upbringing and the evolution of his religious beliefs, as well as the basis for his request to be exempt from COVID-19 vaccination. He explained his objection to the COVID-19 vaccines is based on the use of fetal cell lines derived from aborted human fetuses in the development and testing of those vaccines. He has concluded, based on his own research, that the COVID-19 vaccines permanently alter the makeup of one's cells. He stated that his religious

beliefs teach that he was made in God's image, and therefore altering his body with the vaccine would defile God's image and betray his faith in God. Mr. Fiet's request included numerous passages from the Bible to support his request.

20. UCS directed Mr. Fiet to submit supplemental information based on the contents of his initial request, and he submitted the supplemental form, sections A and B, on or about December 3, 2021. He indicated in section A that he has taken over the counter drugs tested on fetal cells but differentiated between drugs tested on fetal cells long after those drugs were developed and drugs or vaccines that were developed using fetal cells. He noted that he avoids taking medications developed or manufactured using fetal cells and reiterated some of the beliefs he described in his initial request. Mr. Fiet noted in section B that he has abstained from all vaccinations as an adult. He asserted that "[t]he Holy Spirit has been very clear that this vaccine would go against the Lord's command for my life." He cited additional passages from scripture in his supplemental responses.

21. Mr. Fiet received correspondence from UCS dated January 19, 2022, approving his religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Mr. Fiet are annexed as Exhibit F.

22. Jeromie Giesser is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about October 18, 2021. Mr. Giesser noted his disagreement with a number of statements included in the "Affidavit of Religious Objection to COVID-19 Vaccination," and added that he was only initialing the statements – which are part of the exemption request – "under duress and coercion by UCS[.]" Mr. Giesser's request included a brief statement explaining his objection to COVID-19 vaccination. That statement asserts, with a few corresponding citations to the Bible, that his body is a temple of the holy spirit, that life is

sacred, and therefore receiving a COVID-19 vaccination developed with or tested on fetal cells would be impermissible participation in abortion, no matter how long ago the abortion in question occurred. Mr. Giesser explained that he has concluded, through prayer, that he cannot be vaccinated against COVID-19. He concluded his explanation by stating that to receive the vaccine would be a sin, and would jeopardize his relationship with God.

23. UCS directed Mr. Giesser to submit supplemental information in part A based on the contents of his initial request, and he did so on or about December 3, 2021. In his response to section A, Mr. Giesser indicated that he had taken over the counter medication tested on fetal cells in the past. He explained that he did not realize these drugs were tested on fetal cells and would henceforth abstain from those drugs. He acknowledged having received a number of other vaccines that utilized fetal cells in production or testing.

24. Mr. Giesser received correspondence from UCS dated December 29, 2021, approving his religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Mr. Giesser are annexed as Exhibit G.

25. June Leddo is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about October 18, 2021. Ms. Leddo stated that her body is the "temple of God," and that her "family's personal religious beliefs prohibits [sic] the injections of foreign substances into our bodies." Receiving the vaccine, according to Ms. Leddo, would alter the state into which she was born and represent a criticism of God's omnipotence. She specifically noted her disagreement with the Pope's position on COVID-19 vaccination and provided citations to the Bible in support of her position.

26. UCS directed Ms. Leddo on or about November 19, 2021, to submit supplemental information based on the contents of her initial request. She was directed to complete section B of

the supplemental form. She submitted her supplemental responses on or about December 9, 2021. In her response, Ms. Leddo indicated that she abstains from medicines, medical procedures, and vaccines because she is healthy and because she has faith in God to protect her, and that she has so abstained since January of 2019. She stated that she cannot recall receiving any vaccine as an adult. She included additional citations to scripture.

27. Ms. Leddo received correspondence from UCS dated December 27, 2021, approving her religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Ms. Leddo are annexed as Exhibit H.

28. Sarah Pieper is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about October 31, 2021. Ms. Pieper submitted a brief explanation of her religious objection to COVID-19 vaccination. She referenced her own prior illness and the loss of her husband and noted that God helped her to heal. She stated her belief that God will continue to guide her and protect her. Ms. Pieper also noted that she does not need to be a member of any religion to qualify for an exemption, nor does refusal of vaccines need to be a tenet of any religion she might follow. She did not include any citations to the Bible or any other religious texts in her request.

29. UCS directed Ms. Pieper to submit supplemental information based on the contents of her initial request. She completed and submitted the supplemental form, section B, on or about December 6, 2021. In her response, Ms. Pieper indicated that she abstains from all medications, medical procedures, and vaccines "that go against [her] sincerely held religious beliefs." She indicated that she was saved and formed a unique relationship with God about 5 years ago, and has abstained from immunizations since then. In response to the third question in section B, which asks for an explanation of why her religious beliefs require her to refrain from medications and other

substances, Ms. Pieper indicated that her "religion does not require anything[,]" but that through her relationship and conversations with God, she believes the vaccine could potentially harm her, in violation of her duty to care for and not defile her body. She included citations to the Bible, specifically Corinthians, in support of this explanation.

30. Ms. Pieper received correspondence from UCS dated December 28, 2021, approving her religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Ms. Pieper are annexed as Exhibit I.

31. In contrast with the 6 aforementioned UCS employees who were all approved for a religious exemption from the UCS vaccination mandate, the 29 Petitioners all requested and were denied such an exemption. Their applications and UCS' denials thereof are summarized below and are attached as Exhibits J through LL.

32. Petitioner Nicole Ventresca-Cohen is an employee of UCS who submitted a request for a religious exemption from COVID-19 vaccination on or about October 25, 2021. Her request included a statement asserting that God teaches that a person's body is a temple and should be treated as such. Further, a person's body is made in God's image, and each individual has a duty to keep their body pure and uncontaminated in both a physical and spiritual sense. Additionally, Petitioner Ventresca-Cohen stated that she is opposed to abortion and described her activism relative to her anti-abortion beliefs. She asserted that she researches products which use fetal cells and boycotts those products. Consequently, since "known ingredients in COVID vaccines contain fetal cell lines, or they were used in the testing phase," Petitioner Ventresca-Cohen is unwilling to receive a COVID-19 vaccine. She explained that receiving the vaccine would be impermissible participation in or endorsement of abortion. She also described certain events in her personal life which have informed her faith. She cited the Bible's insistence that she follow her conscience, and

that to betray her conscience regarding the vaccine would be to ignore the voice of God, a sin. She expressed her trust in God to protect her and concluded that receiving the vaccine would prevent her from worshipping God as she sees fit. Petitioner Ventresca-Cohen cited to passages in the Bible in support of her request.

33. UCS directed Petitioner Ventresca-Cohen on or about December 2, 2021, to submit supplemental information based on the contents of her initial request. She was directed to complete both sections A and B of the supplemental form, which she submitted on or about December 14, 2021. In section A, Petitioner Ventresca-Cohen indicated that she had previously taken some of the over-the-counter and prescription medications listed, and that she would take the listed products in the future so long as fetal cell lines were not used in the origin of the products. She stated that she received the Measles, Mumps, and Rubella vaccine as a child, but has not received any vaccine developed using fetal cell lines as an adult. She drew a distinction between medications which were developed without the use of fetal cell lines, and the COVID-19 vaccines, which were developed using fetal cell lines. Although she has received an influenza vaccine, she noted that none of the influenza vaccines used in the United States were developed using fetal cell lines.

34. In section B, Petitioner Ventresca-Cohen described her practice of boycotting products and companies that in any way support Planned Parenthood or other "abortion-endorsing organizations."

35. Petitioner Ventresca-Cohen received correspondence from UCS dated January 6, 2022, denying her religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Petitioner Ventresca-Cohen are annexed as Exhibit J.

36. Petitioner Steven Annunziata is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about September 24, 2021. His request

included a statement describing the basis for his request for exemption in which he identified himself as a Catholic and explained his objection to the COVID-19 vaccines based on the use of fetal cell lines derived from aborted human fetuses in the development and testing of those vaccines. Petitioner Annunziata also noted that the Catholic Church has proclaimed that vaccines must be voluntary and that Catholics are obligated to obey their own consciences, citing the Congregation for the Doctrine of Faith and the Catechism of the Catholic Church. He concluded that his only moral choice is to seek an exemption from vaccination based on these beliefs. Petitioner Annunziata included an affidavit of membership in the Confraternity of Our Lady of Fatima, which includes a statement explaining that he believes abortion to be a crime and that receiving a vaccine developed or tested using aborted fetal cells is immoral and unacceptable to Catholics.

37. UCS directed Petitioner Annunziata to submit supplemental information based on the contents of his initial request, and he submitted the supplemental form on or about November 24, 2021. He indicated that he has used medication tested on fetal cells and would continue to do so, but that he has not received other vaccinations. He explained at length that his beliefs allow him to take the medications indicated because, unlike the COVID-19 vaccines, they were not developed using fetal cells, only tested on fetal cells subsequently. He noted that he would resist taking any medications that were developed using fetal cells.

38. Petitioner Annunziata received correspondence from UCS dated December 15, 2021, denying his religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Petitioner Annunziata are annexed as Exhibit K.

39. Petitioner Adrienne Asencio is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about September 27, 2021. Her request

included a lengthy handwritten statement describing the basis for her request for exemption, explaining that she has the utmost faith in God and her God-given immune system to protect her. She noted that receiving the COVID-19 vaccine would defile her body by altering her natural immune system and would also be an indication that she lacks faith in God and would be "the very way of death." Petitioner Asencio quoted extensively from the Bible in explaining her basis for exemption. She included with her submission a letter from a chaplain affiliated with the Ha Nasheem congregation with whom she is personally acquainted in support of her exemption request, noting that she has been a member of her faith community for more than 25 years and is a member of the congregation in good standing. The letter also states that Petitioner Asencio is known to the chaplain to be a woman of devout faith who sincerely attributes her good health to God and is not willing to betray her trust in God by receiving a COVID-19 vaccination.

40. UCS directed Petitioner Asencio to submit supplemental information based on the contents of her initial request. She completed and submitted the supplemental form on or about December 3, 2021. Petitioner Asencio indicated that she abstains from everything forbidden in the books of Leviticus and Deuteronomy in the Old Testament, including the dietary laws contained therein. She indicated that she could not recall receiving any other vaccines. When asked to explain why her faith requires to abstain from certain substances, she explained that the God-given laws in the Bible dictate what is acceptable or unacceptable to consume.

41. Petitioner Asencio received correspondence from UCS dated January 6, 2022, denying her religious exemption from the COVID-19 vaccine mandate. She then received correspondence from UCS dated January 24, 2022, declaring her unfit for service based on non-compliance with the vaccine policy. Relevant documents pertaining to Petitioner Asencio are annexed as Exhibit L.

42. Petitioner Karen Boback is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about September 24, 2021. Her request included a lengthy statement with multiple exhibits attached describing the basis for her exemption request. In her statement, Petitioner Boback identified herself as a Catholic sincerely opposed to abortion, and as such, she would be complicit in the evil of abortion if she were to receive a vaccine developed with or tested on aborted fetal cell lines, no matter how remote the connection to an abortion. She noted the Catholic Church's position that vaccination must be voluntary and explained that the Church requires an individual to follow their informed conscience, even if that means rejecting a vaccine. She noted some concerns with the safety and efficacy of the vaccines and indicated that to receive one of the vaccines would be a violation of her bodily autonomy and religious conviction. Petitioner Boback concluded by saying that if she received a COVID-19 vaccination, she would be complicit in abortion and it would be a sin against God. She quoted from religious texts and writings by religious leaders in supporting her request and attached significant documentation in support of that request.

43. UCS directed Petitioner Boback on or about November 12, 2021, to submit supplemental information based on the contents of her initial request. She was directed to complete section A of the supplemental form. She submitted her supplemental responses on or about November 24, 2021, providing a lengthy personal statement. She indicated that she has taken over-the-counter medication tested on fetal cell lines, but not prescription medication. In her supplemental statement, she noted that she objects to vaccines and medications developed using fetal cell lines. She explained that she has learned more about the use of fetal cell lines in drug and vaccine development over the past few years and has abstained since then. Petitioner Boback asserted that she has not received any vaccinations as an adult. She also drew a distinction in her

statement between drugs developed using fetal cells and those developed well before the use of fetal cells, but which may have been tested on fetal cells subsequently. She believes that the former are tainted by their necessary connection to abortion in a way the latter are not. She concludes that due to differences in development, her religious beliefs do not prevent her from taking medication developed without the use of fetal cell lines but do prevent her from receiving any of the COVID-19 vaccines.

44. Petitioner Boback received correspondence from UCS dated December 23, 2021, denying her religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Petitioner Boback are annexed as Exhibit M.

45. Petitioner Richard Brink is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about September 27, 2021. His request included a statement explaining that, according to the Congregation for the Doctrine of the Faith, vaccination is voluntary. He expressed his objection to the use of cell lines derived from aborted human fetuses, since according to the Bible, all human life is valued. Therefore, he noted, taking a vaccine developed with or tested on aborted fetal cells would "devalue human life and reduce faith in God." Petitioner Brink also cited case law in support of his request for an exemption.

46. By correspondence dated November 22, 2021, UCS directed Petitioner Brink to submit supplemental information based on the contents of his initial request. Although he was only directed to complete section A, he completed and submitted both sections A and B on or about December 6, 2021. He indicated in section A that he has taken over-the-counter medications, including within the last two years, tested on fetal cell lines. He expressed uncertainty as to whether he would take those medications in the future. He denied taking any prescription drugs, at any time, that were tested on fetal cells, and indicated that he would not take those medications in the future.

In reference to his uncertainty about over-the-counter medications, Petitioner Brink explained that he was not aware those drugs had been tested on fetal cell lines. He noted that some of the drugs listed were developed prior to fetal cells being used for drug development, but that he would nonetheless pray and consult his church leaders before taking them in the future. He reiterated his belief that receiving a COVID-19 vaccine developed using fetal cells would encourage the use of new cell lines from aborted fetuses. When asked about other vaccines he has received, Petitioner Brink answer that he believed he had received some, but not others. By way of explanation, he noted that "most if not all" of the vaccines he received previously were administered when he was a minor. As with his response regarding medications, Petitioner Brink indicated he would pray and consult with church leaders before receiving vaccines in the future.

47. In section B, Petitioner Brink stated that he does not abstain from medicines, medical treatments, vaccines, or foods due to his religious beliefs. He noted that he received one flu vaccine and a tetanus shot as an adult. He explained that he was not aware of other vaccines being developed with or tested on fetal cells.

48. Petitioner Brink received correspondence from UCS dated January 14, 2022, denying his religious exemption from the COVID-19 vaccine mandate. That same day, he replied to the UCS email enclosing its denial letter, requesting additional information about his denial. He received no response, so he again emailed UCS, noting that he had not received a response and that he had not been contacted about the feasibility of an accommodation. He included information from the New York City Law Department regarding the City's review of accommodation requests. He quoted from his exemption request and asked that UCS discuss the sincerity of his beliefs with him if he was denied based on his prior medication or vaccination history.

49. A short time later, Petitioner Brink received a response from UCS Counsel Mindy Jeng, which did not specifically address his questions. Instead, it briefly explained UCS' review process and urged him to speak with his "union or association" if he had any further questions.

50. Petitioner Brink responded to Ms. Jeng, asking for a copy of any relevant UCS policy, if different from the memoranda issued on January 15, 2021, and September 10, 2021. Ms. Jeng responded only to say that information about the vaccine mandate "should have been sent to all employees by e-mail." Relevant documents pertaining to Petitioner Brink are annexed as Exhibit N.

51. Petitioner Monica Bunce is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about October 18, 2021. Her request included a short, handwritten statement in which she noted that the Bible declares human life to be sacred and that her body is a temple. Petitioner Bunce explained that she is opposed to abortion and is therefore opposed to a vaccine developed with or tested on cell lines derived from aborted human fetuses. She cited Genesis 1:26-27 and 1 Corinthians 6:19-20 in support of her description of her beliefs.

52. UCS directed Petitioner Bunce on or about November 19, 2021, to submit supplemental information based on the contents of her initial request. She was directed to complete both sections of the supplemental form. She submitted her supplemental responses on or about December 3, 2021. She indicated in section A that she has taken both over-the-counter and prescription medication tested on fetal cell lines – circling and underlining three specific medications among those listed – and that she would continue to do so. She went on to explain that she only takes over-the-counter medication as a last resort if essential oils fail to relieve pain she might experience, and that she only takes one prescription medication to address a serious thyroid

condition. Petitioner Bunce noted that she received certain vaccinations as a minor but has not received the other vaccinations listed.

53. In section B Petitioner Bunce explained that she abstains from medications developed or tested using fetal cell lines, with the exception of her thyroid medication, that she has not received any vaccine as an adult, and that she underwent a surgery to remove cancerous growths. She has abstained from taking such medication and vaccines since at least 1992. When asked to explain why her faith requires her to abstain, Petitioner Bunce reiterated her respect for life and for her body and maintained that she would not introduce any medication or vaccine developed or tested with fetal cell lines into her body unless necessary to preserve her life.

54. Petitioner Bunce received correspondence from UCS dated January 14, 2022, denying her religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Petitioner Bunce are annexed as Exhibit O.

55. Petitioner Roxanne Buss is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about September 27, 2021. Her request included a statement that coerced vaccination is contrary to her faith, as the Bible says individuals possess free will. She expressed her faith in God and the body he gave her to protect her from COVID-19. Petitioner Buss explained that her faith affirms the importance of an individual following their own conscience, and that the conscience directs her not to receive a COVID-19 vaccination. She also explained that according to her faith, the body is the temple of the Holy Spirit, and she is obligated to care for her body and not introduce any substance that could cause harm. She also believes that the vaccines contain impurities and manipulate one's genes, both of which are contrary to her beliefs. In explaining the foregoing, Petitioner Buss cited to numerous passages from the Bible.

56. UCS directed Petitioner Buss on or about November 12, 2021, to submit supplemental information based on the contents of her initial request. She was directed to complete section B of the supplemental form. She submitted her supplemental responses on or about November 23, 2021, indicating that she abstains from medicines, procedure, and vaccines that are not medically necessary according to her medical providers, and she has been abstaining from any unnecessary medical intervention for over twenty years. She referred back to her original application and included a copy with her supplement. Petitioner Buss stated that she is guided by the Holy Spirit and has concluded, as a result of prayer, that she is not permitted to receive a COVID-19 vaccination. When asked about her vaccination history, Petitioner Buss noted that she received a vaccination in 2018 that her physician deemed particularly important, but that she has otherwise refused vaccinations for at least twenty years. She provided a few specific examples of medications she was prescribed but declined to take based on her religious beliefs.

57. Petitioner Buss received correspondence from UCS dated January 7, 2022, denying her religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Petitioner Buss are annexed as Exhibit P.

58. Petitioner Fran-Marie Cheresnowsky is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about October 18, 2021. Her request included a handwritten statement explaining that she was raised Catholic and believes that the Bible warns of COVID-19 and assures believers that if they have absolute belief and faith in God they will be protected from the virus. Therefore, receiving the vaccine would demonstrate a lack of faith in God's protection and would constitute an interference with divine intervention.

59. UCS directed Petitioner Cheresnowsky on or about November 18, 2021, to submit supplemental information based on the contents of her initial request. She was directed to complete

section B of the supplemental form. She submitted her supplemental responses on or about December 13, 2021. Although the introductory paragraph of section B indicates that the individual completing that section was directed to do so because their initial application expressed faith-based concerns about bodily sanctity or purity that require abstention from certain substances, Petitioner Cheresnowsky noted that her exemption request was not based on the sanctity or purity of her body and questioned whether her initial application had even been reviewed. She further stated that she abstains from the COVID-19 vaccinations and has since the beginning of the pandemic. She explained that her faith does not require her to abstain, but rather it is her personal choice, based upon her belief that the pandemic is a test of faith in God. She attached numerous passages from the Bible to her supplemental submission in support of her responses.

60. Petitioner Cheresnowsky received correspondence from UCS dated January 3, 2022, denying her religious exemption from the COVID-19 vaccine mandate. On January 6, 2022, Petitioner Cheresnowsky replied to the UCS email enclosing the denial letter and requested additional information about her denial.

61. Having received no response to her email, Petitioner Cheresnowsky emailed UCS again on January 13, 2022, stating that she learned the exemption requests were reviewed based on sincerity of belief, not whether accommodation was possible, and expressed her anger that the individuals reviewing the requests would question her sworn statements about her faith. On January 18, 2022, Petitioner Cheresnowsky received a reply from Carolyn Grimaldi, UCS' Director of Human Resources in its Office of Court Administration. Ms. Grimaldi's response appeared to be a generic response to inquiries which described the review process but did not address Petitioner Cheresnowsky's emails directly. Ms. Grimaldi's response included a prior email in the same thread between Ms. Grimaldi and Nancy Barry, UCS Chief of Operations, in which Ms. Barry wrote,

apparently in response to Petitioner Cheresnowsky's second email, "One more for the pile when we get the response hammered out." Relevant documents pertaining to Petitioner Cheresnowsky are annexed as Exhibit Q.

62. Petitioner Donna Cichon is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about September 27, 2021. Her request included a statement in which she cited the use of aborted human fetal cells in the development or testing of the COVID-19 vaccines and noted that abortion is contrary to the Bible's Fifth Commandment prohibition against taking a life. She also noted her belief that the vaccines alter one's cells and therefore would impermissibly modify what God has created. She cited to 1 Corinthians 6:19 and Genesis 1:27 in support of these beliefs. Petitioner Cichon also recounted that she tested positive for COVID-19 in January 2021 and prayed that she and her family would survive. They did, and she professed her faith in her God-given immune system. She included with her exemption request a copy of her Certificate of Baptism and a copy of her positive COVID-19 test result.

63. UCS directed Petitioner Cichon to submit supplemental information based on the contents of her initial request. She completed and submitted the entire supplemental form on or about December 1, 2021. She indicated in section A that she has taken both over-the-counter and prescription medication tested on fetal cell lines, and would continue to do so, but only three specific medications she identified (including acetaminophen and aspirin). She denied receiving any vaccines as an adult. In explaining her answers, she noted that acetaminophen (Tylenol) and aspirin were developed prior to the use of fetal cell lines in drug development. She drew a distinction between these drugs and the COVID-19 vaccines. which were developed and tested using fetal cell lines. She stated that the use of fetal cells in development and testing make it

immoral for her to receive a COVID-19 vaccine. She also identified a medication she takes for a thyroid condition, levothyroxine. She explained that prior to taking this medication, she researched it, and found no evidence that it was developed using fetal cells. Petitioner Cichon noted that she stopped taking this medication after reading the supplemental questionnaire, which indicates the medication was developed using fetal cell lines. Her doctor was upset that she had stopped the medication and told her that the information about this drug on the supplemental questionnaire was incorrect.

64. In section B, Petitioner Cichon indicated that she abstains from most medications due to the use of fetal cells in the development of some medications, but also because she believes that God created the human body to heal itself. She stated that she has abstained from taking medications after knee surgeries, and that the surgeries were not to alter her body, but to repair it. She also abstains from all vaccines. She noted that she has abstained from medications and vaccines for at least thirty-five or forty years. Petitioner Cichon reiterated her belief that abortion is a sin and therefore she refrains from taking substances that utilized fetal cell lines. She has received one or more flu vaccines, but only after confirming that they were made using chicken embryos.

65. Petitioner Cichon received correspondence from UCS dated January 3, 2022, denying her religious exemption from the COVID-19 vaccine mandate. She subsequently received a notice from UCS dated January 13, 2022, declaring her unfit for service based on her non-compliance with the vaccine policy. Relevant documents pertaining to Petitioner Cichon are annexed as Exhibit R.

66. Petitioner Suzette Colon is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about October 18, 2021. Her request included a brief statement that her "faith and informed consciousness" prevent her from receiving

the COVID-19 vaccines because abortion is a sin, the vaccines were developed or tested using aborted fetal cells, and therefore to receive one of the vaccines would condone abortion. She also stated that she must avoid introducing unclean or unnatural substances into her body, and that vaccines are unlike other medical treatments because they are used by healthy people. She cited passages from the Bible – Corinthians 6:19-20, Psalm 118:8, and Matthew 11:28 – in support of her beliefs.

67. UCS directed Petitioner Colon on or about November 19, 2021, to submit supplemental information based on the contents of her initial request. She was directed to complete both sections of the supplemental form. She submitted her supplemental responses on or about December 2, 2021. She indicated in section A that she has taken over-the-counter medication tested on fetal cell lines, and would continue to do so, noting that the medications have been FDA approved for over twenty-five years. She indicated that she has taken some of the prescription drugs listed, but not in the last two years, and she expressed uncertainty about whether she would take any of them in the future. She noted that she would research the listed drugs to determine their uses. Petitioner Colon explained that she is "opposed to all products" that are developed using fetal cells, including medications, vaccines, and foods. She has received some vaccinations but denied having received others.

68. In section B, Petitioner Colon indicated that she as abstained from medications, vaccines, and medical treatments for at least five years, because God intends that natural fruits, vegetables, and herbs he created should be used to heal the body. She noted that her religious beliefs have changed since she last received a vaccination. Petitioner Colon included a few documents discussing the use of fetal cells in the development and testing of medications and vaccines.

69. Petitioner Colon received correspondence from UCS dated January 6, 2022, denying her religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Petitioner Colon are annexed as Exhibit S.

70. Petitioner Jeannette Dantes is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about November 5, 2021. Her request included a statement in which she identified herself as a born-again Christian and explained that she has a personal relationship with God that allows her to speak with him and receive responses from him. She explained that the Bible commands her to put God first in her life, and that in doing so, she will receive everything she needs. She also stated that she has prayed about the COVID-19 vaccine and that the answer she has received from God indicates that she should not receive it. Petitioner Dantes noted that she also abstains from other vaccines and medications due to her belief that God will protect her. She also discussed the Biblical teaching that the body is a temple of the Holy Spirit, which should not be defiled with man-made, and therefore unholy substances. She concluded that receiving a COVID-19 vaccine would be contrary to the direct guidance she received from God and contrary to her beliefs.

71. UCS directed Petitioner Dantes on or about November 22, 2021, to submit supplemental information based on the contents of her initial application. She was directed to complete section B of the supplemental form. She submitted her supplemental responses on or about December 6, 2021, indicating that she has abstained from all vaccines for more than five years, and any medicines or medical treatments are prayed about and accepted or refused as God instructs. She had not taken over-the-counter medications for at least a year and has never undergone an elective medical procedure; she has, however, undergone medically necessary procedures after prayer and with God's blessing. Petitioner Dantes explained that while her faith

does not require her to abstain from the substances or procedures listed, she has free will and makes faith-based decisions to abstain from these interventions.

72. Petitioner Dantes received correspondence from UCS dated January 6, 2022, denying her religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Petitioner Dantes are annexed as Exhibit T.

73. Petitioner Danielle Davidson is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about October 18, 2021. Her request included a statement describing her religious upbringing and her religious practices as an adult. She stated that "the most morally questionable issue regarding vaccination in Catholicism is using cell lines derived from a voluntarily aborted fetus," and that "vaccination is an act of interfering with divine providence." She stated that receiving a COVID-19 vaccine would constitute cooperation with an immoral action. She also expressed her belief in the curative power of prayer, and her decision to seek help through spiritual means.

74. UCS directed Petitioner Davidson to submit supplemental information based on the contents of her initial request. She submitted the entire supplemental response on or about December 6, 2021. In section A, Petitioner Davidson indicated that she has previously used listed over-the-counter and prescription drugs, and that she would continue to do so, but only if she had exhausted all other options, including "spiritual/holistic" healing. When asked to explain why her beliefs permit her to take these medications but not receive a COVID-19 vaccine, she differentiated between drugs developed without or prior to the use of fetal cells, and the COVID-19 vaccinations which were developed and tested using fetal cell lines. She denied having received the listed vaccinations.

75. In section B, Petitioner Davidson indicated that she abstains from any products, including vaccines, that come from animals deemed unclean by the Levitical law. She noted that she has abstained from these substances as an adult. She explained that her religious beliefs require her to obey God and rely on the power of prayer, and that receiving a COVID-19 vaccine would violate those beliefs.

76. Petitioner Davidson received correspondence from UCS dated January 6, 2022, denying her religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Petitioner Davidson are annexed as Exhibit U.

77. Petitioner Heather Dulaney is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about September 24, 2021. Her request included a brief statement asserting that God is her sovereign leader and because her body is his temple and is to be treated as such. She referenced the Biblical teaching that medical intervention should be sought when ill, not when healthy. Petitioner Dulaney asserted that everything she allows to enter her body is pure in order to serve God, and that receiving a COVID-19 vaccination — which relied on the use of fetal cell lines — would therefore be a betrayal of her faith. Petitioner Dulaney cited to passages from the Bible in support of her request.

78. UCS directed Petitioner Dulaney on or about November 8, 2021, to submit supplemental information based on the contents of her initial request. She was directed to complete both sections of the supplemental form and submitted her supplemental responses on or about November 22, 2021. In section A, Petitioner Dulaney indicated that she has used some of the listed over-the-counter and prescription drugs in the past, including within the last two years, "prior to being educated on them," but that she would use any of the listed drugs in the future "only in a life or death situation." She noted that she received vaccines as a minor, but that she has not received

the other vaccines listed and would only receive a vaccine developed or tested using fetal cell lines in a life-or-death situation.

79. In section B, Petitioner Dulaney stated that she abstains from any manmade chemicals, medicines, and procedures. Rather, she uses acupuncture, yoga, herbs, and oils to treat ailments; she grows her own vegetables and herbs; and buys non-processed meat from a local farmer so that she consumes the least amount of chemicals as possible. She noted that she has followed these practices for years and continues to modify her practices as she learns more. Petitioner Dulaney referred to the beliefs described in her initial request and reiterated her belief that her body is the temple of God and must be treated accordingly. Additionally, Petitioner Dulaney stated that she received "shots" prior to deploying to Saudi Arabia when she was nineteen but has since educated herself "not to make those mistakes again." Petitioner Dulaney attached various documents, including UCS' mission statement, the cover page from the EEOC website, a page from UCS' sexual harassment training, and dictionary definitions of "sincere," "religious," and "belief."

80. Petitioner Dulaney received correspondence from UCS dated January 7, 2022, denying her religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Petitioner Dulaney are annexed as Exhibit V.

81. Petitioner John Fleming is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about September 27, 2021. His request included a statement in which he explained that based on commands set forth by God in the Bible, he is prohibited from receiving vaccines. According to his beliefs, receiving any vaccine would express a lack of faith in God's power to protect and heal. He stated that receiving a vaccine which was developed using fetal cell lines would "defile [his] body and dishonor God." He explained that

according to Church teachings, abortion is so grave a crime that any connection to it, even remote, is immoral and unacceptable. He concluded that receiving any of the COVID-19 vaccines would be a grave sin. Petitioner Fleming cited to passages from the Bible and referenced the Sacred Congregation of the Doctrine of Faith in support of his request.

82. UCS directed Petitioner Fleming on or about November 17, 2021, to submit supplemental information based on the contents of his initial request. He was directed to complete both sections of the supplemental form. He submitted his supplemental responses on or about December 1, 2021. In section A, Petitioner Fleming indicated that he has used over-the-counter drugs listed in the supplemental form, including within the last two years, and that he would be willing to do so in the future. As for the listed prescription drugs, he denied using any of these drugs, but stated that he would be willing to use them in the future. In explaining the foregoing answers, he stated that he was previously unaware that most of the listed products were tested using fetal cell lines, but that he will now take greater precautions and conduct research regarding medications and vaccines. He noted that most of the over-the-counter drugs listed were developed prior to the use of fetal cell lines. Petitioner Fleming indicated that of the vaccines listed, he has received the hepatitis-A vaccine.

83. In section B, Petitioner Fleming stated that he avoids "anything" tested or produced using fetal cell lines or any products that alter one's DNA, and he has so abstained since approximately 2000. He explained that he is required to abstain from these things because injecting a vaccine into his healthy body would denounce the protective and healing powers of God. He noted that, at the time he received the hepatitis-A vaccine in order to start working at the jail, he was unaware that the vaccine was developed or tested using fetal cell lines.

84. Petitioner Fleming received correspondence from UCS date January 7, 2022, denying his religious exemption from the COVID-19 vaccine mandate. He then received correspondence from UCS dated January 19, 2022, declaring him unfit for service based on non-compliance with the vaccine policy. Relevant documents pertaining to Petitioner Fleming are annexed as Exhibit W.

85. Petitioner Patricia Hall is an employee of UCS who submitted a request for religious exemption from the COVID-19 vaccine mandate on or about September 17, 2021. Her request noted that she is a Spiritual Holistic practitioner in the area of Reiki Healing, and she provided copies of certificates to substantiate this claim. She is also a student and minister with a non-denominational church called Spiritually Rooted in Miracles. According to Petitioner Hall's statement, a person's life force energy may become imbalanced, which can cause physical or emotional illness, and using Reiki Healing can work to restore an individual's balance. Energy, she explained, is how a person connects with God. She indicated her belief that receiving a COVID-19 vaccine would create an imbalance in her mind, body, and spirit, which would conflict with natural harmony and the flow of energy. She concluded that receiving a COVID-19 vaccine would negatively affect her path toward her "Higher Self" and her connection to God. She also noted her church's teaching that miracles exist, including the physical and spiritual bodies created by God.

86. UCS directed Petitioner Hall on or about November 4, 2021, to submit supplemental information based on the contents of her initial request. She was directed to complete section B of the supplemental form, and also to initial each box on the "Affidavit of Religious Objection to COVID-19 Vaccination" form. She submitted her supplemental responses and the initialed affidavit on or about November 16, 2021. In her response, Petitioner Hall indicated that she is obligated by the Holy Spirit to protect her body and keep it pure, and that she chooses what to put into her body

based on guidance from God. When asked to explain why her faith requires her to abstain from any substances, she explained that altering her God-given immune system would deny God's infallibility and that she is required to respect her body as the temple of God. She denied receiving other vaccinations as an adult.

87. Petitioner Hall received correspondence from UCS dated December 29, 2021, denying her religious exemption from the COVID-19 vaccine mandate. On January 6, 2020, she sent an e-mail to UCS asking for an explanation of the exemption review process and an explanation of why her stated beliefs were not accepted. She received a response from UCS Counsel Mindy Jeng indicating that the Committee would not provide an explanation of its decision. She then received correspondence from UCS dated January 11, 2022, declaring her unfit for service based on non-compliance with the vaccine policy. Relevant documents pertaining to Petitioner Hall are annexed as Exhibit X.

88. Petitioner Jamie Hawley is an employee of UCS who submitted an initial request for religious exemption from COVID-19 vaccination on or about September 27, 2021. Her request included a brief statement declaring that her religious beliefs prevent her from being vaccinated and seeking an exemption on that basis.

89. Petitioner Hawley received correspondence from UCS on or about November 9, 2021, denying her religious exemption from the COVID-19 vaccine mandate. She then submitted a second, more detailed request for religious exemption from COVID-19 vaccination on or about November 22, 2021. This time, she included a lengthy statement explaining the basis for her request. First, she addressed her belief in God's sovereignty over life. She stated her belief that the COVID-19 vaccines alter one's immune system, and that receiving such a vaccine would express a lack of faith in God and his creation. She also explained that abortion is murder and therefore

prohibited, and that receiving a vaccine developed or tested on fetal cell lines would interfere with God's sovereignty over life and death. Petitioner Hawley added that she does not take any action to either hasten or delay her own death due to her belief in God's sovereignty. Second, Petitioner Hawley explained her belief that her body is not hers, but belongs to God, and therefore everything she puts in her body should glorify God; she does not believe that the COVID-19 vaccine does so. Petitioner Hawley also gave a number of other explanations for her exemption request, including her belief that the Bible commands her to obey authority – including the Constitution and the Bill of Rights – and to resist coerced vaccination, and that violating her conscience would interfere with her relationship with God. Petitioner Hawley cited to many passages from the Bible in support of the beliefs she described.

90. Petitioner Hawley received an e-mail from UCS dated November 23, 2021, indicating that her latest request for exemption had been received and was being reviewed. The email stated that she would receive a separate e-mail with a decision on her request, or if additional information was required.

91. Petitioner Hawley received correspondence from UCS dated December 9, 2021, declaring her unfit for service based on non-compliance with the vaccine policy. Relevant documents pertaining to Petitioner Hawley are annexed as Exhibit Y.

92. Petitioner Evelyn Herrera is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about October 18, 2021. Her request included a statement in which Petitioner Herrera identified herself as a Christian and noted her opposition to abortion and to the use of aborted fetuses and fetal cell lines in commerce in any way. She considers it to be desecration of human remains. As such, she stated that receiving a COVID-19 vaccine would make her responsible for perpetuating the immoral use of fetal cell lines,

regardless of how remote in time the abortions in question occurred. Petitioner Herrera also described her belief that her body is a temple of the Holy Spirit, her obligation to keep her body pure, and her opposition to introducing various components of the vaccines into her body. She stated that she objects to any vaccine that would alter her God-given immune system; to do so would be to alter God's design. Petitioner Herrera included citations to passages from the Bible in support of her request. In addition to her personal statement, she included a letter from Kevin Barry, Esq., in support of her request for a religious exemption from the COVID-19 vaccine.

93. UCS directed Petitioner Herrera on or about November 19, 2021, to submit supplemental information based on the contents of her initial request. She was directed to complete both sections of the supplemental form and she submitted her supplemental responses on or about December 3, 2021. In her response to section A of the supplemental form, she noted that God has instructed her to avoid the COVID-19 vaccine regardless of its ingredients. She acknowledged that she has used some of the over-the-counter drugs listed, although she has not done so in the last two years to the best of her knowledge. She does not believe she has ever taken any of the listed prescription drugs. Petitioner Herrera indicated that if she is required to take any medication as a condition of her employment, she would pray about it and seek direction from God. She stated that she is unaware of whether she received the Measles, Mumps, and Rubella vaccine, but that she has not received the other vaccines listed.

94. In section B, Petitioner Herrera explained that she abstains from all vaccines, and has for as long as she can remember. She also noted that if UCS wished to provide her with a longer list of medications, or a list of procedures, she would be willing to specify for each whether she abstains. She stated that receiving a COVID-19 vaccine would violate her "God-given conscience." She denied having received any vaccine as an adult.

95. Petitioner Herrera received correspondence from UCS dated December 23, 2021, denying her religious exemption from the COVID-19 vaccine mandate. She received correspondence from UCS dated January 3, 2022, declaring her unfit for service based on non-compliance with the vaccine policy. Relevant documents pertaining to Petitioner Herrera are annexed as Exhibit Z.

96. Petitioner Wanda Ingraham is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about September 23, 2021. Her request included a statement explaining that her body is God's temple, and that vaccination is an act of interfering with divine providence. She asserted her faith in God and described events in her personal life during which God provided for her or others. She also cited her belief in bodily autonomy. She voiced her objection to the use of fetal cell lines in the development of the COVID-19 vaccines. Petitioner Ingraham included citations to passages from the Bible in support of her request.

97. UCS directed Petitioner Ingraham to submit supplemental information based on the contents of her initial request. She submitted the entire supplemental form on or about November 15, 2021. In her responses to section A of the supplemental form, she indicated that she has possibly taken some of the listed over-the-counter drugs, including within the last two years, but that she will not use any of these drugs in the future, even if recommended by a physician, until she does further research. She does not believe that she has ever taken any of the listed prescription drugs and stated that she will not use any of these drugs in the future, even if recommended by a physician, until she does further research. Petitioner Ingraham indicated that she may have received the Measles, Mumps, and Rubella vaccine as a child, but denied having received any of the other vaccines listed.

98. In section B, Petitioner Ingraham indicated that she does not eat meat, and has not since she was a teenager. She also stated that she will be engaging in further research into the contents of various medications. Petitioner Ingraham did not recall receiving any vaccines as an adult. She included an additional personal statement expanding on her objection to the vaccine and citing to passages from the Bible.

99. Petitioner Ingraham received correspondence from UCS dated February 9, 2022, denying her religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Petitioner Ingraham are annexed as Exhibit AA.

100. Petitioner Margaret McCormick is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about September 22, 2021. Her request included a statement explaining that she has determined, through faith and prayer, that she should not receive a COVID-19 vaccine. She quoted passages from the Dignitatis Humanae and the Catechism of the Catholic Church which explain that conscience is communication from God, and that an individual is obligated to follow their conscience. She stated that receiving the vaccination would be denouncing her faith in God and could violate her trust in God's will. According to Petitioner McCormick, receiving the vaccine would be contrary to God's will and therefore a sin.

101. UCS directed Petitioner McCormick on or about November 4, 2021, to submit supplemental information based on the contents of her initial request. She was directed to complete section B of the supplemental form and she submitted her responses on or about November 17, 2021. She indicated that she abstains from all medications, treatments, and procedures until she has exhausted all natural options, and that she also abstains from receiving vaccines, and has done so since the early 2000s. When asked to explain why her faith requires her to abstain, she cited to scripture proclaiming the human body to be the temple of God. She explained that she could not, in

good conscience, receive a vaccine which might harm her or receive medical treatment when she is not ill. Petitioner McCormick noted that she received a pneumonia vaccine when she was younger but classified it as a mistake she would not repeat.

102. Petitioner McCormick received correspondence from UCS on or about December 23, 2021, denying her religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Petitioner McCormick are annexed as Exhibit BB.

103. Petitioner Emilce Mercuri is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about September 27, 2021. In her request she identified herself as a Roman Catholic. She noted the Church's teachings that the human body is the temple of the holy spirit, and that "the sin of abortion is of immense gravity." Based on these beliefs, she stated that she could not in good conscience receive a vaccine developed using fetal cell lines. She also noted that the Church does not obligate vaccination and supports an individual's decision to refuse a vaccine based on their own conscience. She stated further that receiving such a vaccine would violate her faith that God will protect her. In support of her request, Petitioner Mercuri cited the Book of Genesis and a published letter from a Catholic priest.

104. UCS directed Petitioner Mercuri to submit supplemental information based on the contents of her initial request, and she submitted her supplemental responses on or about November 17, 2021. She indicated that she has previously taken over-the-counter medications listed, but would not do so in the future, and she denied taking any of the listed prescription medication, adding a notation about when they were developed relative to the use of fetal cell lines. She stated that she objects to all drugs that used fetal cell lines in their initial development. She denied having received any vaccines as an adult. She included with her submission an additional written statement

voicing objection to the vaccine mandate, exemption process, and masking and testing requirements.

105. Petitioner Mercuri received correspondence from UCS on or about December 23, 2021, denying her religious exemption from the COVID-19 vaccine mandate. Petitioner Mercuri sent correspondence to the UCS Office of Court Administration dated December 23, 2021, requesting additional information about her denial and the process by which it was rendered. Relevant documents pertaining to Petitioner Mercuri are annexed as Exhibit CC.

106. Petitioner Victoria O'Donnell is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about September 21, 2021. Her request included a handwritten statement in which she identified herself as a Christian and described her personal history of religious upbringing and church involvement. She went on to note an objection to abortion and to anything connected to abortion, including the COVID-19 vaccine developed with or tested on fetal cell lines. She explained that receiving a vaccine would be "condoning and justifying" abortion, which is a sin. Petitioner O'Donnell also explained her objection to introducing any substance into her body which could alter her genetic makeup and therefore alter God's creation. She concluded that receiving a COVID-19 vaccine would violate her conscience and faith. Her statement included citations to scripture, and she attached to her submission a letter from a church rector confirming her membership; that she is a person of faith; and that she is active in the church.

107. UCS directed Petitioner O'Donnell on or about November 18, 2021, to submit supplemental information based on the contents of her initial request. She was directed to complete both sections of the supplemental form and she submitted her supplemental responses on or about December 2, 2021. She indicated in section A that she has used certain over-the-counter medication

tested on fetal cells and would continue to do so, but that she has not taken and would not take the listed prescription medication. When asked to explain why her beliefs permit her to take those medications, she indicated that they are temporary remedies which pass through the body. She also noted that she tries natural remedies before taking medication and has previously refused prescription medication.

108. Petitioner O'Donnell indicated in part B that she abstains from eating meat on Ash Wednesday and on Fridays during Lent, and she abstains from eating an hour before receiving communion. She noted that the only vaccine she has received as an adult was to prevent tetanus, and she differentiated between the tetanus vaccine and the COVID-19 vaccines, indicating that the former has been subject to long-term use and study.

109. Petitioner O'Donnell received correspondence from UCS on or about January 6, 2022, denying her religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Petitioner O'Donnell are annexed as Exhibit DD.

110. Petitioner Victoria Ososkalo is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about September 24, 2021. Her request included a statement explaining that she seeks guidance from God through studying the Bible and prayer. Petitioner Ososkalo expressed her conviction that life begins at conception, and therefore abortion is murder. Based on this conviction, she believes that receiving any of the COVID-19 vaccines would be cooperating in abortion and therefore a sin. She also believes that the human body is the temple of the holy spirit, and that receiving a vaccine developed with or tested on fetal cell lines would dishonor that temple and constitute sin. Petitioner Ososkalo cited to passages from the Bible in support of the beliefs she described.

111. UCS directed Petitioner Ososkalo to submit supplemental information based on the contents of her initial request, and she submitted the entire supplemental form on or about November 22, 2021. She indicated in section A that she has used over-the-counter medication tested on fetal cells and would continue to do so, and that she would also take the prescription medications listed in the future. When asked to explain why her beliefs permit her to take those medications, she noted that certain medications were developed prior to the use of fetal cell lines.

112. In part B, Petitioner Ososkalo listed medications and vaccines from which she abstains. She also indicated that she abstains from elective abortions and any medicine developed with or tested on fetal cells. Petitioner Ososkalo explained that she has always abstained from abortion and began to abstain from the vaccines she listed once she learned, in 2021, that they were developed using aborted fetal cells. Finally, although she has received certain vaccinations in the past, she indicated that she received them in ignorance, and would choose to abstain from them today.

113. Petitioner Ososkalo received correspondence from UCS on or about December 23, 2021, denying her religious exemption from the COVID-19 vaccine mandate. She received correspondence from UCS dated January 3, 2022, declaring her unfit for service based on non-compliance with the vaccine policy. Relevant documents pertaining to Petitioner Ososkalo are annexed as Exhibit EE.

114. Petitioner Jason Pashoukos is an employee of UCS who submitted a request for a religious exemption from COVID-19 vaccination on or about September 23, 2021. His request included a lengthy statement asserting that his body is God's temple where God dwells within him, and that he is not to defile his body by the forceful injection of any substance into his body against his will. Additionally, he explained his belief that vaccinating a healthy body and replacing a

natural immune system with a synthetic/mRNA system is unnatural and would defile God's creation by corrupting the sanctity of the blood with unnatural components not created by God, which would create a "false" God in the vaccine, and which directly violates God's word. Petitioner Pashoukos also expressed opposition to the use of fetal cell lines in the production and development of COVID-19 vaccines and believes that, if he were to become vaccinated, he would be in direct violation of the word of God. Petitioner Pashoukos cited to passages in the Bible in support of his request.

115. UCS directed Petitioner Pashoukos on or about November 15, 2021, to submit supplemental information based on the contents of his initial request. Petitioner Pashoukos submitted the supplemental form on or about November 24, 2021. He stated that he abstains from the COVID-19 shot due to his religious beliefs. Although he confirmed that he has received the Tetanus shot as an adult, he differentiated between the Tetanus shot and the COVID-19 vaccines by explaining that the Tetanus shot does not replace a natural immune system with an unnatural alternative immune system. Additionally, he stated that the COVID-19 vaccine is the first of its kind and cannot be compared to past vaccines because it constitutes "an unnatural method introduced into the body that is unclean, [and] which taints the body and blood because it is not natural." Petitioner Pashoukos also attached a lengthy explanation of why his religious faith requires him to abstain from the COVID-19 vaccine, which echoes many of the statements made in his initial request. He also explained the specific methods he uses to cleanse his body and remove toxins and impurities, as well as his medical concerns with regard to the COVID-19 vaccine. These concerns consist of a previous condition of Bell's Palsy/Lyme Disease; an undisclosed and/or undiagnosed heart/cardiovascular condition; and a history of adverse reactions to immunotherapy treatment for allergies, as well as antibiotics, which required medical intervention.

116. Petitioner Pashoukos received correspondence from UCS dated January 7, 2022, denying his religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Petitioner Pashoukos are annexed as Exhibit FF.

117. Petitioner Noelle Platt is an employee of UCS who submitted a request for a religious exemption from COVID-19 vaccination on or about September 27, 2021. Her request included a lengthy statement, as well as voluminous attachments, describing the basis for her request. In her statement, Petitioner Platt asserted that she was raised Catholic since birth and that she believes that one's autonomy is most important when it comes to one's religious beliefs. In addition, she took issue with the fact that Pfizer and Moderna used aborted fetal cell lines within their research to develop the COVID-19 vaccines, and that the Johnson & Johnson vaccine "has the aborted fetal cell lines within it." Specifically, Petitioner Platt stated that she does not support the use of aborted fetal cells due to her religious belief that "you shall not kill." She explained that she previously suffered a miscarriage, which was followed by a pregnancy that led to preeclampsia as a result of the baby's fatal diagnosis of triploidy. Petitioner Platt quoted extensively from the Pastoral Constitution of the Church in the Modern World in support of her request. As for the attachments to her religious exemption, she attached pictures from her first communion; printouts from the Charlotte Lozier Institute regarding vaccines in general and the use of abortion-derived cell lines in COVID-19 vaccines; and a variety of articles regarding vaccines in general and COVID-19 vaccines for people with underlying medical conditions.

118. Petitioner Platt received correspondence from UCS dated January 7, 2022, denying her religious exemption from the COVID-19 vaccine mandate. She then received correspondence from UCS dated January 18, 2022, declaring her unfit for service based on non-compliance with the vaccine policy. Relevant documents pertaining to Petitioner Platt are annexed as Exhibit GG.

119. Petitioner Meredith Pratt is an employee of UCS who submitted an initial request for religious exemption from COVID-19 vaccination on or about October 29, 2021. Her request included a brief statement declaring that her religious beliefs prevent her from being vaccinated and seeking an exemption on that basis.

120. Petitioner Pratt received correspondence from UCS dated November 22, 2021, denying her religious exemption from the COVID-19 vaccine mandate. She then submitted a more detailed request for religious exemption from COVID-19 vaccination on or about December 6, 2021. She included a longer statement explaining the basis for her request, stating that receiving a vaccine would show a lack of faith in the immune system God created. She noted her belief that medical treatment, including vaccination, should not be coerced but should rather be a decision she makes with her family, doctor, and God. She expressed faith in her natural immunity derived from having COVID-19 as well as concerns regarding the efficacy of the COVID-19 vaccines.

121. Petitioner Pratt received an e-mail from UCS dated December 6, 2021, indicating that her request for exemption had been received and was being reviewed. The email stated that she would receive a separate e-mail with a decision on her request, or if additional information was required.

122. Petitioner Pratt received correspondence from UCS dated December 7, 2021, declaring her unfit for service based on non-compliance with the vaccine policy. On January 21, 2022, Petitioner Pratt emailed UCS asking for an explanation of why her exemption request was denied. She received a response from UCS Counsel Mindy Jeng providing a general explanation of the review process. The response from Ms. Jeng was not specific as to Petitioner Pratt and did not provide any explanation for why her request was denied. Relevant documents pertaining to Petitioner Pratt are annexed as Exhibit HH.

123. Petitioner Jamie Rahm is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about October 18, 2021. Her request included a statement asserting that the Bible forbids her from shedding innocent blood and committing murder, and that she is therefore opposed to abortion. She stated her objection to the COVID-19 vaccines based on their use of fetal cell lines. Additionally, Petitioner Rahm expressed her belief that the COVID-19 vaccines can alter one's God-given immune system. She affirmed her trust in God and her immune system to protect her. Petitioner Rahm cited to passages from the Bible in support of her request.

124. UCS directed Petitioner Rahm on or about November 22, 2021, to submit supplemental information based on the contents of her initial request. She was directed to complete the entire supplemental form, and she submitted her responses on or about December 6, 2021. In section A, Petitioner Rahm indicated that she takes Tylenol "only as a last resort and on rare occasions," and that she has previously taken Azithromycin (Zithromax), although she asserts that she has not taken this product in the last two years and would not use it again, even if recommended by her doctor. She expanded on this answer in a lengthy attachment and explained that she would only take a prescription medication if extremely ill and it was absolutely necessary. Otherwise, she relies on natural immunity and prayer. She also distinguished between drugs developed prior to the use of fetal cell lines, and the COVID-19 vaccines which were developed using fetal cell lines.

125. In section B, Petitioner Rahm described her efforts to "stay medication free" and engage in healthy eating. She indicated that she has engaged in the above-mentioned efforts since 2016 due to a renewal of her religious faith at that time. She confirmed that she received the flu vaccine on two occasions since turning eighteen years old, but that this was "years" ago, and she

will not receive the flu vaccine again. She reiterated her objection to abortion and therefore to vaccines and medications developed using fetal cell lines and included additional quotations from the Bible.

126. Petitioner Rahm received correspondence from UCS dated January 6, 2022, denying her religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Petitioner Rahm are annexed as Exhibit II.

127. Petitioner Alyssa Sullivan is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about September 21, 2021. Her request included a lengthy statement describing her "personal religious journey." She explained that she received various vaccines as a minor, but would refuse them now, because receiving man-made vaccinations would be choosing man over God. She noted the scriptural obligation to follow one's conscience. She also explained the obligation to keep one's body clean, and that she would not be able to maintain her bond with God if she introduced "foreign contaminants" (including vaccines) into her body. According to her beliefs, it is up to her to decide what is clean or unclean. Petitioner Sullivan cited to passages from the Bible in support of the beliefs she described.

128. UCS directed Petitioner Sullivan to submit supplemental information based on the contents of her initial request, and she submitted the entire supplemental form on or about November 17, 2021. She indicated in section A that she has used over-the-counter medication tested on fetal cells and would continue to do so, and that she would also take the prescription medications listed in the future. When asked to explain why her beliefs permit her to take those medications, stated that she is empowered by her beliefs to determine what is clean or unclean.

129. Petitioner Sullivan indicated in part B that she abstains from all vaccines and from eating fish. She began to abstain from vaccination at the age of eighteen. She explained that,

according to her religious beliefs, she must abstain from anything she deems unclean; to do otherwise would be to sin.

130. Petitioner Sullivan received correspondence from UCS on or about December 15, 2021, denying her religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Petitioner Sullivan are annexed as Exhibit JJ.

131. Petitioner Brian Wilson is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about October 18, 2021. His request included a short, handwritten statement describing his religious upbringing. He asserted his belief that receiving a COVID-19 vaccine, given the vaccines' use of fetal cell lines, would be morally wrong in the eyes of the Lord.

132. UCS directed Petitioner Wilson on or about November 22, 2021, to submit supplemental information based on the contents of his initial request. He was directed to complete section A of the supplemental form and he submitted his supplemental responses on or about December 6, 2021, indicating that he has used some of the over-the-counter drugs listed and that he would continue to do so in the future. With respect to the prescription drugs listed, Petitioner Wilson indicated that he has not taken them in the past and would not do so in the future. He noted that he had received some of the listed vaccines but agreed that it would violate his religious beliefs to now receive any of these vaccines or other vaccines which are tested on or produced by means of fetal cell lines.

133. Petitioner Wilson received correspondence from UCS dated January 6, 2022, denying his religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Petitioner Wilson are annexed as Exhibit KK.

134. Petitioner Marjorie Coons is an employee of UCS who submitted a request for religious exemption from COVID-19 vaccination on or about September 27, 2021. Her request included a statement describing religious beliefs. She described the Biblical basis for her belief that abortion is murder, and stated her opposition to receiving a COVID-19 vaccine due to the use of aborted fetal cells in the development and testing of the vaccines. She noted that any association with abortion would be a sin. Petitioner Coons explained that she seeks guidance through prayer, and that based on the guidance she has received, she does not believe it is God's will for her to receive the vaccine. She also explained her belief that the human body is the temple of God and that receiving the vaccine would be harmful or introduce an impurity to her body, which "would be displeasing to God." Petitioner Coons concluded that receiving a COVID-19 vaccine would "alter [her] relationship with God." She included citations to passages from the Bible in support of her request.

135. UCS directed Petitioner Coons on or about November 17, 2021, to submit supplemental information based on the contents of her initial request. She was directed to complete both sections of the supplemental form and she submitted her supplemental responses on or about December 1, 2021. In her response to section A of the supplemental form, she indicated that she has used some of the over-the-counter and prescription drugs listed, but not within the last two years. As for future use, she indicated that she might use such drugs if necessary for her survival, after research and discussion with her doctor. She denied receiving any vaccines developed or tested using fetal cell lines as an adult. Petitioner Coons included with her supplemental responses a letter from First Harvest Ministries in support of her accommodation request.

136. In her response to section B, Petitioner Coons explained that she abstains from all medications and certain foods, and that all the decisions she makes are based on guidance from

God. She acknowledged receiving a tetanus vaccine as an adult, but noted that it was not an experimental vaccine, and that she has since "developed a more spiritual belief."

137. Petitioner Coons received correspondence from UCS dated January 7, 2022, denying her religious exemption from the COVID-19 vaccine mandate. Relevant documents pertaining to Petitioner Coons are annexed as Exhibit LL.

138. No previous application for the relief sought herein has been made.

**AS AND FOR A FIRST CLAIM**

139. Petitioners reallege and repeat paragraphs 1 through 138, as if fully set forth herein.

140. A comparison of the attached religious exemption request approvals (Exhibits D – I) with the Petitioners' exemption request denials (Exhibits J – LL) shows that there are no substantive differences between the two groups.

141. For example, all the UCS employees who were granted religious exemptions by Respondents quoted from or cited to the Bible or other religious writings in their requests for exemptions, supplemental submissions, or both.

142. Similarly, 27 of the Petitioners cited to or quoted from the Bible or other religious writings, such as the Congregation for the Doctrine of Faith and the Catechism of the Catholic Church, in their requests for exemptions, supplemental submissions, or both. These 27 Petitioners are Ventresca-Cohen (Exhibit J), Annunziata (Exhibit K), Asencio (Exhibit L), Boback (Exhibit M), Brink (Exhibit N), Bunce (Exhibit O), Buss (Exhibit P), Cheresnowsky (Exhibit Q), Cichon (Exhibit R), Colon (Exhibit S), Dantes (Exhibit T), Davidson (Exhibit U), Dulaney (Exhibit V), Fleming (Exhibit W), Hall (Exhibit X), Hawley (Exhibit Y), Herrera (Exhibit Z), Ingraham (Exhibit AA), McCormick (Exhibit BB), Mercuri (Exhibit CC), O'Donnell (Exhibit DD), Ososkalo

(Exhibit EE), Pashoukos (Exhibit FF), Platt (Exhibit GG), Rahm (Exhibit II), Sullivan (Exhibit JJ), and Coons (LL).

143. Nonetheless, none of these 27 Petitioners were granted a religious exemption.

144. Additionally, 4 of the employees who were granted a religious exemption cited the use of aborted human fetal cell lines in the development and testing of the presently-available COVID-19 vaccines as a reason for their objection. These are Mr. Bailey (Exhibit D), Mr. Church (Exhibit E), Mr. Fiet (Exhibit F), and Mr. Giesser (Exhibit G).

145. Similarly, 22 of the Petitioners cited this same connection as a basis for objecting to the vaccine mandate. These are Petitioners Ventresca-Cohen (Exhibit J), Annunziata (Exhibit K), Boback (Exhibit M), Brink (Exhibit N), Bunce (Exhibit O), Cichon (Exhibit R), Colon (Exhibit S), Davidson (Exhibit U), Dulaney (Exhibit V), Fleming (Exhibit W), Hawley (Exhibit Y), Herrera (Exhibit Z), Ingraham (Exhibit AA), Mercuri (Exhibit CC), O'Donnell (Exhibit DD), Ososkalo (Exhibit EE), Pashoukos (Exhibit FF), Platt (Exhibit GG), Rahm (Exhibit II), Sullivan (Exhibit JJ), Wilson (Exhibit KK), and Coons (LL).

146. Again, despite this similarity, none of these 22 Petitioners were granted a religious exemption to the mandate.

147. Additionally, several employees granted exemptions and several Petitioners denied exemptions drew distinctions between those vaccines and medications developed with the use of fetal cell lines, and those vaccines and medications developed without the use of fetal cell lines but subsequently tested on fetal cell lines.

148. Moreover, both groups include UCS employees who admitted to ignorance of the fact that vaccines or medications they have received in the past were tested on fetal cell lines.

149. Five of the 6 individuals for whom exemptions were granted cited, as a basis for their objection to receiving a COVID-19 vaccine, their belief that the human body is the temple of God, and that receiving a COVID-19 vaccine would in some way defile that temple or otherwise violate the obligations imposed by their faith in this respect. These are Mr. Church (Exhibit E), Mr. Fiet (Exhibit F), Mr. Giesser (Exhibit G), Ms. Leddo (Exhibit H), and Ms. Pieper (Exhibit I).

150. Likewise, 21 of the Petitioners raised this same objection, but none were granted a religious exemption. These are Petitioners Ventresca-Cohen (Exhibit J), Asencio (Exhibit L), Bunce (Exhibit O), Buss (Exhibit P), Cichon (Exhibit R), Colon (Exhibit S), Dantes (Exhibit T), Dulaney (Exhibit V), Fleming (Exhibit W), Hall (Exhibit X), Hawley (Exhibit Y), Herrera (Exhibit Z), Ingraham (Exhibit AA), McCormick (Exhibit BB), Mercuri (Exhibit CC), O'Donnell (Exhibit DD), Ososkalo (Exhibit EE), Pashoukos (Exhibit FF), Rahm (Exhibit II), Sullivan (Exhibit JJ), and Coons (Exhibit LL).

151. Further, both groups include employees who described their personal relationships and communications with God, with some in each group indicating that they make medical decisions on a case-by-case basis through prayer.

152. Finally, both groups include requests that vary greatly in terms of length, complexity, and reliance on supplemental materials.

153. By approving 6 UCS employees' religious exemption requests, while denying Petitioners' substantially similar requests, the Respondents' denials were clearly arbitrary, capricious and irrational.

**AS AND FOR A SECOND CLAIM**

154. Petitioners reallege and repeat paragraphs 1 through 153, as if fully set forth herein.

155. Respondents' denials of Petitioners' religious exemption requests did not contain any detailed or specific reasons for the denials.

156. Respondents provided Petitioners with formulaic denial letters stating only that the individual's request for a religious exemption was considered and denied.

157. The short form denials are so bereft of detail that they prevented Petitioners from understanding why their requests were denied.

158. When some of the Petitioners asked Respondents to explain why their requests were denied, Respondents provided only a description of the process and a statement that specific reasons for denials would not be provided.

159. Respondents have thus never explained why the 29 Petitioners were denied their religious exemption requests, even when specifically asked for such a detailed explanation.

160. Respondents' failure to provide any sort of detailed, specific reason for its denials of the 29 religious exemption requests at issue in this proceeding renders its denials arbitrary, capricious and irrational.

**WHEREFORE**, Petitioners respectfully request an order and judgment granting the following relief:

a. ORDER that Respondents grant Petitioners' religious exemption requests;

b. ORDER that Respondents reinstate any Petitioner ultimately terminated from UCS' employment for a failure to obtain a COVID-19 vaccination;

c. ORDER Respondents to make all Petitioners whole for lost wages and benefits, including reimbursement any out-of-pocket medical expenses incurred as a result of Respondents' illegal actions towards Petitioners and including any retroactive retirement contributions due and owing to the New York State and Local Employees Retirement System; and

d. GRANTING any other and such further relief as this Court deems just and proper.

Dated: April 26, 2022
Albany, New York

Yours, etc.,

DAREN J. RYLEWICZ
Attorney for Petitioners

By: ______________________
Steven M. Klein, of counsel
Civil Service Employees Association, Inc.
Box 7125, Capitol Station
143 Washington Avenue
Albany, New York 12224
(518) 257-1443

PL/22-0041/SMC/ks/Amended Verified Petition #1074986

TO: **JANET M. DiFIORE,** as Chief Judicial Officer of the State
and Chief Judge of the Court of Appeals
New York State Court of Appeals
20 Eagle Street
Albany, New York 12207

**LAWRENCE K. MARKS,** as Chief Administrative Judge of the Courts
NYS Unified Court System - Albany Office
Office of Court Administration
4 ESP, Suite 2001
Empire State Plaza
Albany, NY 12223-1450

**NYS UNIFIED COURT SYSTEM**
NYS Unified Court System - Albany Office
Office of Court Administration
4 ESP, Suite 2001
Empire State Plaza
Albany, NY 12223-1450

**Letitia James, Esq.**
NYS Attorney General
Empire State Plaza
Justice Building, 2nd Floor
Albany, NY 12224

PL/22-0041/SMC/ks/Amended Notice of Petition &Verified Petition #1074987

# VERIFICATION

STATE OF NEW YORK )
) SS.:
COUNTY OF ALBANY )

NICOLE VENTRESCA-COHEN, being duly sworn, deposes and says:

Deponent is a Petitioner in this proceeding; deponent has read the foregoing Amended Petition and knows the contents thereof; the same is true to deponent's own knowledge, except as to matters stated to be alleged on information and belief, and as to those matters deponent believes them to be true.

The grounds of deponent's belief as to all matters not stated upon deponent's knowledge are as follows: examination of relevant documents and conversations with my attorney.

Nicole Ventresca Cohen
NICOLE VENTRESCA-COHEN

Sworn to and subscribed
before me this 26th day
of April 2022

Steven Klein
Notary Public
State of New York

STEVEN M. KLEIN
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED ... ALBANY NO. 4964239
COMMISSION ... MARCH 26, 2026

PL/22-0041/SMK/kb/verification #1079740

All exhibits referenced in the amended verified petition, with the exception of newly-added Exhibit LL, were previously filed electronically with the Court. Exhibits A–KK are assigned NYSCEF Document Numbers 3–39. Exhibit LL is annexed to the amended verified petition.