**Jessica Bergin v. New York State Unified Court System**
**22-CV-5264(BMC)(EDNY)**

**Plaintiff's Opposition to Defendant's Motion to Dismiss**

# Exhibit 4

**Employee #1**

**SUPPLEMENTAL AFFIDAVIT OF RELIGIOUS OBJECTION TO COVID-19 VACCINATION**

# Section A

We understand that you have expressed concerns about the connection between fetal cells and the development of the COVID-19 vaccines. It is critical for everyone to have all relevant information to make fully informed decisions regarding COVID-19 vaccination. Please read and review the information below, which summarizes the current medical and scientific information regarding the COVID-19 vaccines and their development. Please also keep in mind that getting vaccinated is an important step we can take to protect ourselves, our community, our workplace, and our family and friends from severe disease and death from COVID-19.

Please review the following statements of fact on the use of fetal cell lines in the development of COVID-19 vaccines.

- Fetal cell lines are not the same as fetal tissue (tissue obtained from a human embryo or fetus). Fetal cell lines are cells that grow in a laboratory. Historical fetal cell lines were derived in the 1960s and 1970s from two elective abortions. Abortions from which fetal cells were obtained were elective and were not done for the purpose of vaccine development. Scientists duplicated those original cells and caused them to multiply into many new cells over the past several decades. Current fetal cell lines are thousands of generations of duplication removed from the cells extracted from fetal tissue. Fetal cell lines are widely used in cancer research, vaccine development, and drug testing.

- COVID-19 vaccine developers Moderna, Pfizer, and Johnson & Johnson/Janssen used two fetal cell lines in testing or manufacturing their vaccines—HEK-293, a kidney cell line that was isolated from a fetus in 1973 from either a spontaneous miscarriage or an elective abortion, and PER.C6, a retinal cell line that was isolated from an aborted fetus in 1985.

- While fetal cell lines were used to develop or manufacture these COVID-19 vaccines, <u>no aborted fetal cells are in the vaccines themselves.</u>

- Neither the Pfizer nor Moderna vaccines use fetal cell lines in the production of their vaccines. HEK-293, however, was used to test the effectiveness and safety of both vaccines.

- Production of the Johnson & Johnson/Janssen vaccine requires the use of a fetal cell line, specifically PER.C6.

- Newly aborted fetal tissue is not used to generate HEK-293 or PER.C6 cells, to modify these cell lines, or to maintain them in a laboratory. The use of HEK-293 and PER.C6 cell lines <u>does not necessitate or create demand for future abortions</u>.

*Even after reviewing all of the facts above, I swear or affirm that taking <u>any</u> of the COVID-19 vaccines would violate my sincere religious beliefs due to their connection to fetal cell lines in either testing or production.*

Signature:

Below is a list of some common pharmaceutical products that have been tested using fetal cell line HEK-293 (the same fetal cell line used in the testing of the Moderna and Pfizer COVID-19 vaccines). To completely avoid using products tested with the fetal cell line HEK-293, individuals would have to avoid the use of many medical treatments and products and certain processed food and cosmetics.

Please provide the requested information for each group of products and initial each line. *I understand that by initialing each statement below I swear or affirm that the information I have provided is true to the best of my knowledge.*

| **Initial** | **Name of Pharmaceutical Product Tested on HEK-293 Cell Line (Common Brand Name(s))** | **1. Have you ever used any of the products listed in this group? Yes/No** | **2. Have you used any of the products listed in this group within the last two years? Yes/No** | **3. Would you use any of the products listed in this group in the future, even if recommended or prescribed by a physician? Yes/No** |
|---|---|---|---|---|
| | Over-the-counter drugs<br>Acetaminophen (Tylenol); Ibuprofen (Advil, Motrin); Acetylsalicylic Acid (Aspirin); Naproxen (Aleve); Pseudoephedrine (Sudafed, SudoGest, Suphedrine); Diphenhydramine (Benadryl); Loratadine (Claritin); Dextromethorphan (Robitussin, Delsym, Robafen); Guaifenesin (Mucinex); Calcium Carbonate (Tums); Aluminum Hydroxide and Magnesium Hydroxide (Maalox); Docusate (Ex-Lax Stool Softener, Colace); Senna Glycoside (Sennoside, Senna, Ex-Lax, Senokot); Bismuth Subsalicylate (Pepto-Bismol); Phenylephrine (Preparation H, Vazculep, Suphedrine PE); Mepyramine or Pyrilamin; Lidocaine (Lidoderm, Recticare) | Please see attached for additional information Personal Health Info covered under Title VII | | NO |
| | Prescription drugs<br>Hydroxychloroquine (Plaquenil); Levothyroxine (Synthroid, Tirosint, Levoxyl); Remdesivir (Veklury); Azithromycin (Zithromax); Ivermectin (Stromectol); Cerivastatin (Baycol, Lipobay), Fluvastatin, (Lescol), Pitavastatin, (Livalo), Pravastatin, (Pravachol), or Rosuvastatin (Crestor) | Please see attached for additional info. Personal Health information covered under Title VII | | NO |

If you answered "Yes" to question 3 for over-the-counter drugs and/or prescription drugs, please explain how your religious beliefs permit you to take these medications but prohibit the taking of a COVID-19 vaccine.

Personal Health Information covered under title VII of the Civil Rights Act.

Multiple other vaccines utilize HEK293, PER.C6, or other fetal cell lines in production and/or testing, including the MMR (measles, mumps, and rubella), shingles, chicken pox, and hepatitis A vaccines. Please initial and answer the following questions below.

*I understand that by initialing each response I am swearing or affirming that the information I have provided is true.*

| Initials | Question | Yes/No |
|---|---|---|
| | 4. Have you ever received the MMR (Measles, Mumps, Rubella) vaccine? | NO |
| | 5. Have you ever received the chicken pox vaccine? | NO |
| | 6. Have you ever received the shingles vaccine? | NO |
| | 7. Have you ever received the hepatitis-A vaccine? | NO |
| | 8. Based upon the information above, would it violate your religious beliefs to now receive the MMR (measles, mumps, and rubella), shingles, chicken pox, hepatitis A, or any other vaccine that is tested on or produced by means of fetal cell lines, including HEK-293? | YES |

If you answered "No" to question 8, please explain how your religious beliefs permit you to take these vaccines but prohibit the taking of a COVID-19 vaccine.

Please complete notarization and signature on page 7.

## Section B

You have provided information in a previous statement indicating that your religious faith calls for you to abstain from medicines and vaccines due to concerns regarding the sanctity of your body or its purity. Please answer the below questions to allow us to gain a better understanding of your beliefs.

1. Please list all the medicines, medical treatments and procedures, vaccines, and/or foods that you abstain from due to your religious beliefs:

   Please provide information on how this question pertains to my reasonable accomodation. Personal Health information covered under title VII

2. Please list the date you began to abstain from the above listed medicines and vaccines and/or other medical treatments:

   Please provide information on how this question pertains to my reasonable accomodation. Personal Health information covered under title VII.

3. Please provide a detailed explanation as to why your religious faith requires you to abstain from the listed substances in question 1.

   Please see additional information attached.

   I have submitted my exemption to be followed by reasonable accomodations. any further medical questions are unnecessary and intrusive under title VII.

(continue to next page)

4. Have you received an influenza (flu), pneumonia, tetanus, shingles, HPV or any other type of vaccine since turning 18 years of age? If yes, please specify the type of vaccine(s) and when it/they was/were administered.

NO

5. If you listed any vaccines in question 4, please explain how your religious beliefs permit you to take these vaccines but prohibit the taking of a COVID-19 vaccine.

Please complete notarization and signature on page 7.

I acknowledge that false statements intentionally made herein can lead to disciplinary action, up to and includin s class A misdemeanor under PL 210.05.

Signature: ______________________

Date: 11-22-2021

Print Name: ______________________

Email:

Phone: ______________________

Sworn and subscribed before me
This 22 day of November, 2021

______________________
Notary Public

My commission expires: 2.14.22

JESTINA E. BRYAN
Notary Public - State of New York
No. 01BR6037207
Qualified in Nassau County
My Commission Expires 2.14.22

**Employee #2**

Date: November 29, 2021

From: Court Office

To Sir or Madam:

This lettter is in response to the supplemental form sent out by UCS.

The supplemental form of questioning is in violation of Title VII of the Civil Rights Act of 1964. I have attached links from EEOC as well as OSHA, siting their ruling on November 12, 2021 that suspended implementation and enforcement of the vaccine mandate.

- https://www.eeoc.gov/laws/guidance/section-12-religious-discrimination
- https://www.eeoc.gov/laws/guidance/what-you-should-know-workplace-religious-accommodation
- https://www.osha.gov/coronavirus/ets2

My request is to continue to receive my reasonable accomodation and keep working the way I have been all along, which was not an undue hardship or a direct threat of others.

To reiterate my last submission, I have attached below the letter I submitted to you originally.

In that I am a member of the Ss Cyril and Methodius Catholic Church, I am exercising my right to receive a religious exemption for vaccination. First and foremost, the vaccines I oppose include the current COVID-19 mRNA vaccines and the Jansen vaccine which are produced with aborted fetal cell lines.

The Johnson & Johnson vaccine, the Jansen vaccine, uses retinal cells from a fetus that was aborted in 1985 and treated in a lab since; the Pfizer and Moderna vaccines test the mRNAs on an aborted fetus from 1973.

In regard to using such vaccines, the Vatican has instructed the faithful that:
*"As regards the diseases against which there are no alternative vaccines which are available and ethically acceptable, it is right to abstain from using these vaccines if it can be done without causing children, and indirectly the population as a whole, to undergo significant risks to their health." (Moral Reflections on Vaccines Prepared From Cells Derived From Aborted Human Fetuses, Pontifical Academy for Life, June 2005).*

Therefore as a faithful Catholic, I cannot according to the Church tenets on conscience

which are outlined below, use any product that takes its origin in abortion. The Vatican document I outline below:

*"They should take recourse, if necessary, to the use of conscientious objection with regard to the use of vaccines produced by means of cell lines of aborted human fetal origin." "Such a duty may lead, as a consequence, to taking recourse to "objection of conscience" when the action recognized as illicit is an act permitted or even encouraged by the laws of the country and poses a threat to human life. The Encyclical Letter Evangelium Vitae underlined this "obligation to oppose" the laws which permit abortion or euthanasia 'by conscientious objection.'*

*"It is up to the faithful and citizens of upright conscience (fathers of families, doctors, etc.) to oppose, even by making an objection of conscience, the ever more widespread attacks against life and the "culture of death" which underlies them." "[T]here is a grave responsibility to use alternative vaccines and to make a conscientious objection with regard to those which have moral problems." "As regards those who need to use such vaccines* ***for reasons of health****, it must be emphasized that, apart from every form of formal cooperation, in general, doctors or parents who resort to the use of these vaccines for their children, in spite of knowing their origin (voluntary abortion), carry out a form of* ***very remote mediate material cooperation****, and thus very mild, in the performance of the original act of abortion, and a* ***mediate material cooperation****, with regard to the marketing of cells coming from abortions, and* ***immediate,*** *with regard to the marketing of vaccines produced with such cells. However, in this situation, the aspect of passive cooperation is that which stands out most. It is up to the faithful and citizens of upright conscience (fathers of families, doctors, etc.) to oppose, even by making an objection of conscience, the ever more widespread attacks against life and the "culture of death" which underlies them. From this point of view, the use of vaccines whose production is connected with procured abortion constitutes at least a* ***mediate remote passive material cooperation*** *to the abortion, and an* ***immediate passive material cooperation*** *with regard to their marketing."*

Further, the Catechism of the Catholic Church which Pope John Paul II declared to be the "sure teaching norm of the Catholic Church" contains the tenets of our faith and our duty to adhere to these teachings regarding the right of conscience objections states:

> *1776 Deep within his conscience man discovers a law which he has not laid upon himself but which he must obey. Its voice, ever calling him to love and to do what is good and to avoid evil, sounds in his heart at the right moment.... For man has in his heart a law inscribed by God.... His conscience is man's most secret core and his sanctuary. There he is alone with God whose voice echoes in his depths.*
>
> *1777 Moral conscience, present at the heart of the person, enjoins him at the appropriate moment to do good and to avoid evil. It also judges particular choices, approving those that are good and denouncing those that are evil. It bears witness to the authority of truth in reference to the*

*supreme Good to which the human person is drawn, and it welcomes the commandments. When he listens to his conscience, the prudent man can hear God speaking.*

*1778 Conscience is a judgment of reason whereby the human person recognizes the moral quality of a concrete act that he is going to perform, is in the process of performing, or has already completed. In all he says and does, man is obliged to follow faithfully what he knows to be just and right. It is by the judgment of his conscience that man perceives and recognizes the prescriptions of the divine law:*

*Conscience is a law of the mind; yet [Christians] would not grant that it is nothing more; I mean that it was not a dictate, nor conveyed the notion of responsibility, of duty, of a threat and a promise.... [Conscience] is a messenger of him, who, both in nature and in grace, speaks to us behind a veil, and teaches and rules us by his representatives. Conscience is the aboriginal Vicar of Christ.*

*1779 It is important for every person to be sufficiently present to himself in order to hear and follow the voice of his conscience. This requirement of interiority is all the more necessary as life often distracts us from any reflection, self-examination or introspection.*

*Return to your conscience, question it.... Turn inward, brethren, and in everything you do, see God as your witness.*

*1806 Prudence is the virtue that disposes practical reason to discern our true good in every circumstance and to choose the right means of achieving it. Prudence is 'right reason in action,' writes St. Thomas Aquinas. It is called auriga virtutum (the charioteer of the virtues); it guides the other virtues by setting rule and measure. It is prudence that immediately guides the judgment of conscience. The prudent man determines and directs his conduct in accordance with this judgment.*

We are also taught through the teachings of Papal Encyclicals that conscience is the Divine Law which is inscribed into the heart and soul of man by God. For example: *"The natural law is written and engraved in the soul of each and every man, because it is human reason, ordaining him to do good and forbidding him to sin...But this command of human reason would not have the force of law if it were not the voice and interpreter of a higher reason to which our spirit and freedom must be submitted." (Leo XIII Libertas Praestantissimum, 597)*

*"On his part, man perceives and acknowledges the imperatives of the divine law through the mediation of conscience. It is through his conscience that man sees and recognizes the demands of divine law. He is bound to follow this conscience faithfully in all his activity so that he may come to God, who is his last end. Therefore he must not be forced to act contrary to his conscience. Nor must he be prevented from acting according to his conscience, especvially in religious matters. The reason is that the exercise of religion, of its very nature, consists before all else in those internal, voluntary and free acts whereby man sets the course of his*

*life directly toward God. Acts of this kind cannot be commanded or forbidden by any merely human authority." (Dignitatis Humanae, Pope Paul VI, 1965).*

**Synod of Bishops' address to the United Nations October 2, 1979:** *"In accordance with their dignity, all human beings, because they are persons, that is, beings endowed with reason and free will and, therefore, bearing a personal responsibility, are both impelled by their nature and bound by a moral obligation to seek the truth, especially religious truth. They are also bound to adhere to the truth once they come to know it and to direct their whole lives in accordance with its demands" (Dignitatis humanae, 2). "The practice of religion by its very nature consists primarily of those voluntary and free internal acts of conscience by which a human being directly sets his course towards God. No merely human power can either command or prohibit acts of this kind"*

**Pope Paul VI, 1965 Gaudium et Spes:** *"For its part, authentic freedom is an exceptional sign of the Divine image within man. For God has willed that man remain "under the control of his own decisions, so that he can seek his Creator spontaneously, and come freely to utter and blissful perfection through loyalty to Him. Hence man's dignity demands that he act according to a knowing and free choice that is personally motivated and prompted from within, not under blind internal impulse nor by mere external pressure."* **Fourth Lateran Council:**
*"The Divine Law," says Cardinal Gousset, "is the supreme rule of actions; our thoughts, desires, words, acts, all that man is, is subject to the domain of the law of God; and this law is the rule of our conduct by means of our conscience. Hence it is never lawful to go against our conscience; as the Fourth Lateran council says, 'Quidquid fit contra conscientiam, aedificat ad gehennam.'" ["Whatever is done in opposition to conscience is conducive to damnation."]*

The Centers for Disease Control, which is responsible for declaring public health emergencies, has not attested to any sort of significant risk to the health of the community at this time that would preclude our right to abstain in accord with this teaching. According to the Section 564 of the Federal Food, Drug, and Cosmetic Act, a lawful application of the terms of a lawful emergency use authorization ("EUA") pursuant includes the right of informed consent and the option to refuse. The FDA's guidance on the right to informed consent and the option to refuse is highlights the right of informed consent and the option to refuse governing the administration of Emergency authorized "unapproved products." https://www.fda.gov/vaccines-blood-biologics/vaccines/emergency-use-authorization-vaccines-explained

Therefore as a faithful Catholic, opposed to abortion and raised in the old school catholic ways, I cannot according to the Church tenets on conscience which I outlined use any product that takes its origin in abortion.

In that the use of these vaccines would be both a violation of Catholic doctrine on the duty to adhere to moral conscience and also in contradiction with the instruction of the Vatican, therefore, under the teachings of the Catholic Church to which I follow, am religiously and morally bound, I submit this exemption for vaccination.

If you still choose to move forward and deny this exemption, I will be filing an appeal and open a formal claim against UCS with EEOC for discrimination. I truly hope that you take the time to research what you are trying to enforce and realize this is unlawful.

Sincerely,