NEW YORK STATE
Unified Court System
OFFICE OF COURT ADMINISTRATION

TAMIKO AMAKER
ACTING CHIEF ADMINISTRATIVE JUDGE

ANTHONY R. PERRI
ACTING COUN SEL

January 12, 2023

**BY ECF**
Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Bergin v. NYS Unified Court System
E.D.N.Y., 22 cv 5264 (BMC)

Dear Judge Cogan:

This Office represents the New York State Unified Court System ("UCS") in this action. Counsel for the parties have agreed to the use of a Confidentiality Stipulation and Protective Order to govern the production of materials deemed confidential for use in this matter. Please find attached an executed copy of the proposed stipulation to be so-ordered by the Court and docketed at its earliest convenience.

Thank you for your attention to this matter.

Respectfully submitted,

/S/
Michael J. Siudzinski
Assistant Deputy Counsel

cc: Steven Warshawsky, *counsel for plaintiff*, via ECF

COUNSEL'S OFFICE • 25 BEAVER STREET, NEW YORK, NEW YORK 10004 • PHONE: 212-428-2160 • FAX: 212-428-2155