# EXHIBIT 1 – Plaintiff Bergin

11/8/2021

Dear Jessica Bergin,

Your request for a religious exemption to the UCS Vaccination Mandate was considered by the UCS Vaccination Exemption Committee and the Committee requires more information before it can make a final determination.

The Committee requires the following additional information – Please complete section A and section B of the attached "Religious Exemption from COVID-19 Vaccination Supplemental Form." Please read the instructions carefully.

You must submit this additional information through the UCS Employees Web Portal on https://portal.nycourts.gov/ExemptionCOVID19Vaccination/ by the close of business on 11/22/2021. If you feel you have additional information to support your exemption request, please provide it through the UCS Employee Web Portal along with the information specifically requested.

Please be advised you must continue to submit proof of weekly COVID-19 testing through the UCS Employee Web Portal https://portal.nycourts.gov/ucsmtp/.

Signed,

UCS Vaccination Exemption Committee

J. Bergin
page 1

**SUPPLEMENTAL AFFIDAVIT OF RELIGIOUS OBJECTION TO COVID-19 VACCINATION**

## Section A

We understand that you have expressed concerns about the connection between fetal cells and the development of the COVID-19 vaccines. It is critical for everyone to have all relevant information to make fully informed decisions regarding COVID-19 vaccination. Please read and review the information below, which summarizes the current medical and scientific information regarding the COVID-19 vaccines and their development. Please also keep in mind that getting vaccinated is an important step we can take to protect ourselves, our community, our workplace, and our family and friends from severe disease and death from COVID-19.

Please review the following statements of fact on the use of fetal cell lines in the development of COVID-19 vaccines.

- Fetal cell lines are not the same as fetal tissue (tissue obtained from a human embryo or fetus). Fetal cell lines are cells that grow in a laboratory. Historical fetal cell lines were derived in the 1960s and 1970s from two elective abortions. Abortions from which fetal cells were obtained were elective and were not done for the purpose of vaccine development. Scientists duplicated those original cells and caused them to multiply into many new cells over the past several decades. Current fetal cell lines are thousands of generations of duplication removed from the cells extracted from fetal tissue. Fetal cell lines are widely used in cancer research, vaccine development, and drug testing.

- COVID-19 vaccine developers Moderna, Pfizer, and Johnson & Johnson/Janssen used two fetal cell lines in testing or manufacturing their vaccines—HEK-293, a kidney cell line that was isolated from a fetus in 1973 from either a spontaneous miscarriage or an elective abortion, and PER.C6, a retinal cell line that was isolated from an aborted fetus in 1985.

- While fetal cell lines were used to develop or manufacture these COVID-19 vaccines, no aborted fetal cells are in the vaccines themselves.

- Neither the Pfizer nor Moderna vaccines use fetal cell lines in the production of their vaccines. HEK-293, however, was used to test the effectiveness and safety of both vaccines.

- Production of the Johnson & Johnson/Janssen vaccine requires the use of a fetal cell line, specifically PER.C6.

- Newly aborted fetal tissue is not used to generate HEK-293 or PER.C6 cells, to modify these cell lines, or to maintain them in a laboratory. The use of HEK-293 and PER.C6 cell lines does not necessitate or create demand for future abortions.

*Even after reviewing all of the facts above, I swear or affirm that taking any of the COVID-19 vaccines would violate my sincere religious beliefs due to their connection to fetal cell lines in either testing or production.*

Signature: ______________________

J.Bergin
Page 2

Below is a list of some common pharmaceutical products that have been tested using fetal cell line HEK-293 (the same fetal cell line used in the testing of the Moderna and Pfizer COVID-19 vaccines). To completely avoid using products tested with the fetal cell line HEK-293, individuals would have to avoid the use of many medical treatments and products and certain processed food and cosmetics.

Please provide the requested information for each group of products and initial each line. *I understand that by initialing each statement below I swear or affirm that the information I have provided is true to the best of my knowledge.*

| Initial | Name of Pharmaceutical Product Tested on HEK-293 Cell Line (Common Brand Name(s)) | 1. Have you ever used any of the products listed in this group? Yes/No | 2. Have you used any of the products listed in this group within the last two years? Yes/No | 3. Would you use any of the products listed in this group in the future, even if recommended or prescribed by a physician? Yes/No |
|---|---|---|---|---|
| JB | Over-the-counter drugs<br>Acetaminophen (Tylenol); Ibuprofen (Advil, Motrin); Acetylsalicylic Acid (Aspirin); Naproxen (Aleve); Pseudoephedrine (Sudafed, SudoGest, Suphedrine); Diphenhydramine (Benadryl); Loratadine (Claritin); Dextromethorphan (Robitussin, Delsym, Robafen); Guaifenesin (Mucinex); Calcium Carbonate (Tums); Aluminum Hydroxide and Magnesium Hydroxide (Maalox); Docusate (Ex-Lax Stool Softener, Colace); Senna Glycoside (Sennoside, Senna, Ex-Lax, Senokot); Bismuth Subsalicylate (Pepto-Bismol); Phenylephrine (Preparation H, Vazculep, Suphedrine PE); Mepyramine or Pyrilamin; Lidocaine (Lidoderm, Recticare) | please see attached | please see attached | please see attached |
| JB | Prescription drugs<br>Hydroxychloroquine (Plaquenil); Levothyroxine (Synthroid, Tirosint, Levoxyl); Remdesivir (Veklury); Azithromycin (Zithromax); Ivermectin (Stromectol); Cerivastatin (Baycol, Lipobay), Fluvastatin, (Lescol), Pitavastatin, (Livalo), Pravastatin, (Pravachol), or Rosuvastatin (Crestor) | please see attached | please see attached | please see attached |

J.Bergin
Page 3

If you answered "Yes" to question 3 for over-the-counter drugs and/or prescription drugs, please explain how your religious beliefs permit you to take these medications but prohibit the taking of a COVID-19 vaccine.

Please see attached

Multiple other vaccines utilize HEK293, PER.C6, or other fetal cell lines in production and/or testing, including the MMR (measles, mumps, and rubella), shingles, chicken pox, and hepatitis A vaccines. Please initial and answer the following questions below.

*I understand that by initialing each response I am swearing or affirming that the information I have provided is true.*

| Initials | Question | Yes/No |
|---|---|---|
| JB | 4. Have you ever received the MMR (Measles, Mumps, Rubella) vaccine? | Please see attached |
| JB | 5. Have you ever received the chicken pox vaccine? | Please see attached |
| JB | 6. Have you ever received the shingles vaccine? | Please see attached |
| JB | 7. Have you ever received the hepatitis-A vaccine? | Please see attached |
| JB | 8. Based upon the information above, would it violate your religious beliefs to now receive the MMR (measles, mumps, and rubella), shingles, chicken pox, hepatitis A, or any other vaccine that is tested on or produced by means of fetal cell lines, including HEK-293? | Please see attached |

If you answered "No" to question 8, please explain how your religious beliefs permit you to take these vaccines but prohibit the taking of a COVID-19 vaccine.

Please see attached

Please complete notarization and signature on page 7.

J. Bergin
Page 4

## Section B

You have provided information in a previous statement indicating that your religious faith calls for you to abstain from medicines and vaccines due to concerns regarding the sanctity of your body or its purity. Please answer the below questions to allow us to gain a better understanding of your beliefs.

1. Please list all the medicines, medical treatments and procedures, vaccines, and/or foods that you abstain from due to your religious beliefs:

   Please see attached

2. Please list the date you began to abstain from the above listed medicines and vaccines and/or other medical treatments:

   Please see attached

3. Please provide a detailed explanation as to why your religious faith requires you to abstain from the listed substances in question 1.

   Please see attached

(continue to next page)

J. Bergin
Page 5

4. Have you received an influenza (flu), pneumonia, tetanus, shingles, HPV or any other type of vaccine since turning 18 years of age? If yes, please specify the type of vaccine(s) and when it/they was/were administered.

Please see attached

5. If you listed any vaccines in question 4, please explain how your religious beliefs permit you to take these vaccines but prohibit the taking of a COVID-19 vaccine.

Please see attached

Please complete notarization and signature on page 7.

Jessica Bergin
Page 6

November 10, 2021- Religious Exemption Letter

Jessica Bergin

To Whom It May Concern,

God created me in His image and made me a vessel of the Holy Spirit. I cannot take this vaccine as it conflicts with my sincerely held religious beliefs. Upon praying to Jesus, I was directed to His truth and divine wisdom and I would like to exercise my religious freedoms.

My free will and right of conscience as an individual created by God is of the highest importance and the greatest gift. Any undesirable intrusions will defile His design.

This letter is to notify the committee of my sincere religious beliefs regarding this specific demand. My family and I strive to keep our individual medical information private.

I do not put anything into my body that violates my deeply held religious beliefs. I have been educated on my medical/religious decisions by my medical professionals/religious counselors, with the ultimate decision to put anything in my body being solely my own.

I have lived my entire life devoted to Jesus Christ. There is nothing more sincere than the love and presence of God inside of my heart. God alone will have the ultimate say, and I fully trust in Him.

I do not believe I pose a direct threat as I can and will continue to abide by reasonable accommodations. I do not believe that there is a risk of harm that cannot be eradicated by mitigating factors that have already been practiced for an extensive period of time.

I do not believe my notification of sincere religious beliefs proposes a significant undue hardship. Politely, I will never stray from my sincere beliefs because it has been prayed upon between myself and my God.

Thank you,

J.Bergin
Page 7

I acknowledge that false statements intentionally made herein can lead to disciplinary action, up to and including termination of employment, and may be punishable as class A misdemeanor under PL 210.05.

Signature: [signature]

Date: 11-16-21

Print Name: Jessica Bergin

Email: jbergin@nycourts.gov

Phone: [redacted]

Sworn and subscribed before me

This 16 day of November, 2021

[signature]

Notary Public

My commission expires: 04082023

ANGELA M. SPECIALE
Notary Public - State of New York
No. 01SP6390180
Qualified in Richmond County
My Commission Expires: 04/08/2023