**NEW YORK STATE**
Unified Court System
OFFICE OF COURT ADMINISTRATION

**TAMIKO AMAKER**
ACTING CHIEF ADMINISTRATIVE JUDGE

**ANTHONY R. PERRI**
ACTING COUN SEL

February 2, 2023

**BY ECF**
Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Bergin v. NYS Unified Court System
E.D.N.Y., 22 cv 5264 (BMC)

Dear Judge Cogan:

This Office represents defendants the New York State Unified Court System ("UCS") in this action. Yesterday, February 1, 2023, plaintiff submitted a letter to the Court with 12 exhibits (ECF #22 – 22-12). The documents marked as Exhibits 2 through 12 (ECF #22-2 – 22-12) have been marked as "Confidential" by UCS pursuant to the parties' Confidentiality Stipulation and Protective Order, so-ordered by the Court on January 26, 2023 (ECF #21). Accordingly, plaintiff should have sought leave from the Court to upload these exhibits under seal before filing. *See id.*, ¶ 13.

Defendant UCS respectfully requests that the Court direct the Clerk of the Court to seal exhibits 2 through 22 (ECF #22-2 – 22-12) or otherwise remove the documents from the public docket as soon as possible until this matter can be resolved between the parties.

Thank you for your attention to this matter.

Respectfully submitted,

/S/
Michael J. Siudzinski
Assistant Deputy Counsel

cc: Steven Warshawsky, *counsel for plaintiff*, via ECF