UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA BERGIN,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK STATE UNIFIED COURT SYSTEM,<br><br>Defendant. | **22-CV-5264-BMC**<br><br>**Plaintiff Jessica Bergin's Notice of Motion for <u>Summary Judgment</u>** |

PLEASE TAKE NOTICE that Plaintiff Jessica Bergin, by her undersigned attorney, hereby moves this Court, before Hon. Brian M. Cogan at the United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, pursuant to Federal Rule of Civil Procedure 56, for an Order granting summary judgment in favor of Plaintiff and finding Defendant liable with respect to Count One of the Complaint (Violation of Title VII), and scheduling this case for a trial on damages only, for the reasons set forth in the accompanying memorandum of law with attached Exhibit A (Deposition of Justin Barry excerpts), and all pleadings and proceedings to date. Defendant's opposition papers are due August 11, 2023.

Respectfully submitted,

By: /s/ *Steven M. Warshawsky*

STEVEN M. WARSHAWSKY
The Warshawsky Law Firm
*Attorney for Jessica Bergin*
118 North Bedford Road, Suite 100
Mount Kisco, New York 10459
T: (914) 864-3353
E: smw@warshawskylawfirm.com

Dated: July 28, 2023