UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
JESSICA BERGIN,

Plaintiff, Ind. No. 22-CV-5264 (BMC)

-against-

NEW YORK STATE UNIFIED COURT SYSTEM,

Defendant.
----------------------------------------------------------------------X

**DEFENDANT THE NEW YORK STATE UNIFIED COURT SYSTEM'S**
**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that upon the Declaration of Michael J. Siudzinski, the exhibits attached thereto, the Declaration of Mindy Jeng, the Affidavit of Justin Barry, and the accompanying Memorandum of Law in Support of the Unified Court System's (hereinafter "UCS") Motion for Summary Judgment, Defendant UCS will move this Court, before the Honorable Brian M. Cogan, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, on August 11, 2023, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting UCS's motion for summary judgment, denying Plaintiff's motion for summary judgment, and dismissing Plaintiff's complaint in its entirety, with prejudice, and granting such other and further relief as the Court deems just and proper.

**PLEASE BE FURTHER ADVISED** that pursuant to the Court's Order, dated June 23, 2023, opposition papers to this motion must be served and filed no later than August 11, 2023.

Dated: New York, New York
July 28, 2023

DAVID NOCENTI
Counsel
Office of Court Administration
Attorney for UCS

By:
/s/
MICHAEL J. SIUDZINSKI
Assistant Deputy Counsel
25 Beaver Street, 11th Fl.
New York, New York 10004
(212) 428-2150