UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
JESSICA BERGIN,

Plaintiff,

-against-

NEW YORK STATE UNIFIED COURT SYSTEM,

Defendants.
--------------------------------------------------------------------X

Ind. No. 22-CV-5264 (BMC)

**DECLARATION OF MICHAEL J. SIUDZINSKI IN SUPPORT OF UCS's MOTION FOR SUMMARY JUDGMENT**

**MICHAEL J. SIUDZINSKI**, an attorney duly admitted to the Bars of this State and this Court, declares and states as follows, under penalties of perjury:

1. I am an Assistant Deputy Counsel in the office of Counsel for the New York State Office of Court Administration, attorney for defendant the New York State Unified Court System (hereinafter "UCS") in this action.

2. I submit this declaration in support of the UCS's motion for summary judgment on the grounds asserted in the accompanying Memorandum of Law.

3. All exhibits in support of UCS's motion are: (i) annexed hereto and continuing after UCS's previously submitted exhibits ("F", "G", "H", etc.); or (ii) pursuant to the Court's Individual Rules and Practices, Rule III.B.4, are not submitted herewith because they were previously submitted to the Court as part of prior motions, and are referred to by their Electronic Case Filing ("ECF") number and page (*e.g.* "ECF #__, p.__").

4. Attached hereto as Exhibit F is a copy of the Supreme Court, Rockland County's Order in the matter of *Ferrelli v. State of New York*, No. 031506/2022 (Sup. Ct. Rockland Co., Aug. 2, 2022).

5. Attached hereto as Exhibit G is a copy of the Supreme Court, Steuben County's Order in the matter of *Brignall v. Unified Court System*, Index No. E2022-0241CV (Sup. Ct. Steuben Co. 2022).

6. Attached hereto as Exhibit H is a copy of the New York State Unemployment Insurance Appeal Board's Decision of the Board, dated January 13, 2023, *In the Matter of Donna Cichon*.

7. Attached hereto as Exhibit I is a copy of the New York State Unemployment Insurance Appeal Board's Decision of the Board, dated January 13, 2023, *In the Matter of Marie Zweig*.

8. Attached hereto as Exhibit J is a copy of Mindy Jeng's email sent to plaintiff's supervisors, dated January 4, 2023, referenced in her complaint and discussed in Ms. Jeng's Declaration.

9. Attached hereto as Exhibit k is an excerpt (pages 77-80) from the transcript of Justin Barry's Deposition, dated June 1, 2023.

**WHEREFORE**, UCS respectfully requests that the Court issue an order granting its motion to for summary judgment, denying Plaintiff's motion for summary judgment and dismissing this action in its entirety, and granting such other and further relief as the Court deems just, proper, and appropriate.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct. Executed on July 28, 2023.

/S/
MICHAEL J. SIUDZINSKI