STATE OF NEW YORK
UNEMPLOYMENT INSURANCE APPEAL BOARD
PO Box 15126
Albany NY 12212-5126
(518) 402-0205
FAX:(518) 402-6208

GERALDINE A. REILLY
CHAIRMAN
MICHAEL T. GREASON
RANDALL T. DOUGLAS
JUNE F. O'NEILL
MARILYN P. O'MARA
MEMBERS

EXECUTIVE DIRECTOR
TRACIE L. COVEY
CHIEF ADMINISTRATIVE LAW JUDGE
CHRISTOPHER M. TATE
JUSTIN DENTON
MARK SOKOLOWSKI
PRINCIPAL ADMINISTRATIVE LAW JUDGE

# *DECISION OF THE BOARD*
# *DECISIÓN DE LA JUNTA*

**Mailed and Filed: October 12, 2022**

**IN THE MATTER OF:**

**Appeal Board No. 624691**

MARIE ZWEIG
5 HICKORY CT
MANHASSET NY 11030-3924

APPELLATE DIV - SECOND DEP
TRANSITION PAYROLL
45 MONROE PL
BROOKLYN NY 11201-2694

A.S.O. - Appeals Section
Department of Labor Office: 831

A.L.J. Case No. 022-13908

<u>PLEASE TAKE NOTICE</u> that the commissioner, or any other party affected by this decision who appeared before the Appeal Board, may appeal questions of law involved in such decision to the Appellate Division of the Supreme Court, Third Department, by written notice mailed to the Unemployment Insurance Appeal Board, PO Box 15126, Albany, New York 12212-5126 within <u>THIRTY DAYS</u> from the date this decision was mailed.

<u>POR FAVOR TOME NOTA</u> que el comisionado o cualquier otra parte afectada por esta decision que haya comparecido ante la Junta de Apelaciones puede apelar aspectos legales de dicha decision a Appellate Division of the Supreme Court, Third Department, enviando un aviso escrito a Unemployment Insurance Appeal Board, PO Box 15126, Albany, New York 12212-5126 dentro de los <u>TREINTA DIAS</u> a partir de la fecha en que esta decision fue enviada por correo.

DOCUMENTO IMPORTANTE. PUEDE OBTENER UNA TRADUCCIÓN DEL MISMO LLAMANDO AL 1-888-209-8124 (FUERA DEL ESTADO DE NUEVA YORK 1-877-358-5306)

PRESENT: MICHAEL T. GREASON, MEMBER

The Department of Labor issued the initial determinations disqualifying the claimant from receiving benefits, effective April 7, 2022, on the basis that the claimant voluntarily separated from employment without good cause; and in the alternative, disqualifying the claimant from receiving benefits, effective April 7, 2022, on the basis that the claimant lost employment through misconduct in connection with that employment and holding that the wages paid to the claimant by APPELLATE DIV - SECOND DEP prior to April 7, 2022 cannot be used toward the establishment of a claim for benefits. The claimant requested a hearing.

The Administrative Law Judge held a telephone conference hearing at which all parties were accorded a full opportunity to be heard and at which testimony was taken. There were appearances by the claimant and on behalf of the employer. By decision filed June 27, 2022 (A.L.J. Case No. 022-13908), the Administrative Law Judge sustained the initial determination of voluntary leaving of employment without good cause and found the issue of misconduct academic.

The claimant appealed the Judge's decision to the Appeal Board, insofar as it sustained the initial determination of voluntary leaving of employment without good cause. The Board considered the arguments contained in the written statements submitted by the claimant and on behalf of the employer.

We have reviewed the entire record and have considered the testimony and other evidence. It appears that no errors of fact or law have been made. The findings of fact and the opinion of the Administrative Law Judge are fully supported by the record and, therefore, are adopted as the findings of fact and the opinion of the Board.

DECISION: The decision of the Administrative Law Judge, insofar as appealed from, is affirmed.

The initial determination, disqualifying the claimant from receiving benefits, effective April 7, 2022, on the basis that the claimant voluntarily separated from employment without good cause, is sustained.

The claimant is denied benefits with respect to the issues decided herein.

PW:PN MICHAEL T. GREASON, MEMBER