**Maj. Paul Arcati**

---

**From:** Mindy Jeng
**Sent:** Tuesday, January 4, 2022 10:17 AM
**To:** Maj. Paul Arcati; Antonio Diaz
**Subject:** Jessica Bergin

Hello,
Jessica Bergin submitted a religious exemption request that was denied, and she is due to submit proof of vaccination by January 10. She filed a new religious exemption request yesterday. The Committee's decisions are final, and the new request will not be considered. I am deactivating her latest request.

Thank you,
Mindy

Mindy M. Jeng, Esq.
Administrative Counsel
New York State Office of Court Administration
25 Beaver Street, 11th Floor
New York, NY 10004
(212) 428-2140
mjeng@nycourts.gov
Pronouns: she/her/hers

Please be CAREFUL when clicking links or opening attachments.