UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
JESSICA BERGIN,

Plaintiff,

-against-

NEW YORK STATE UNIFIED COURT SYSTEM,

Defendants.

---------------------------------------------------------------------X

Ind. No. 22-CV-5264 (BMC)

**SUPPLEMENTAL DECLARATION OF MICHAEL J. SIUDZINSKI**

**MICHAEL J. SIUDZINSKI**, an attorney duly admitted to the Bars of this State and this Court, declares and states as follows, under penalties of perjury:

1. I am an Assistant Deputy Counsel in the office of Counsel for the New York State Office of Court Administration, attorney for defendant the New York State Unified Court System (hereinafter "UCS") in this action.

2. I submit this supplemental declaration in opposition to plaintiff's motion for summary judgment and in further support of the UCS's motion for summary judgment on the grounds asserted in the accompanying Reply Memorandum of Law.

3. The Exhibits annexed hereto continue after UCS's previously submitted exhibits ("F", "G", "H", etc.) in its motion to dismiss and motion for summary judgment.

4. Attached hereto as Exhibit L are copies of two emails sent by plaintiff to "nyscourtemployees.nomandate@gmail.com" in which she attaches and shares documents concerning her religious exemption requests.

5. Attached hereto as Exhibit M is a copy an email sent by plaintiff to UCS Director

of Human Resources, Carolyn Grimaldi, dated January 1, 2022.

6. Attached hereto as Exhibit N are excerpts from the Deposition Transcript of plaintiff Bergin, dated May 24, 2023.

7. Attached **WHEREFORE**, UCS respectfully requests that the Court issue an order granting its motion to for summary judgment, denying Plaintiff's motion for summary judgment and dismissing this action in its entirety, and granting such other and further relief as the Court deems just, proper, and appropriate.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct. Executed on August 11, 2023.

/S/
MICHAEL J. SIUDZINSKI