**From:** missinjb5@icloud.com,
**To:** nyscourtemployees.nomandate@gmail.com,
**Subject:** "AFFIDAVIT OF RELIGIOUS OBJECTION TO COVID-19 VACCINATION" Bergin
**Date:** Thu, Dec 30, 2021 9:41 pm

---

Open my shared note:

AFFIDAVIT OF RELIGIOUS OBJECTION TO COVID-19 VACCINATION
Notes

Sent from my iPhone

Bergin 00135

**From:** missinjb5@icloud.com,
**To:** nyscourtemployees.nomandate@gmail.com,
**Subject:** Bergin- Religious Exem Denial
**Date:** Wed, Dec 29, 2021 12:56 pm
**Attachments:** IMG_6062.jpg (111K), IMG_6063.jpg (133K), IMG_6064.jpg (101K), IMG_6065.jpg (70K), IMG_6066.jpg (120K), IMG_6067.jpg (57K), IMG_7760.PNG (673K), IMG_7762.PNG (665K), IMG_7764.PNG (656K), IMG_7766.PNG (650K), IMG_7768.PNG (613K), IMG_7770.PNG (673K), IMG_7772.PNG (633K), IMG_9924.PNG (245K)

---

Bergin 00136

Sent from my iPhone