10:17

# Religious Exemption

JE You
To Carolyn Grimaldi
Jan 1

Good Evening,
I have submitted a religious exemption and was denied. While the notice states no appeal, I have been informed that I may have been denied on format as opposed to sincerety. I was unaware I had only the room in the boxes provided to write my responses, and I simply wrote a separate piece of paper with my collective answers instead. I would like to respectfully request the opportunity to fill out the form again, as I need to express my religious beliefs and freedoms. I would like to keep working and not be deemed unfit when I can fix the format of my submission and continue testing weekly and abiding by procedure. Thank you,

Jessica Bergin
Court Officer Richmond Criminal Court

Get Outlook for iOS

Reply to All

Mail Search 7 Calendar