Law Firm of Steven M. Warshawsky
www.warshawskylawfirm.com

118 North Bedford Road, Suite 100
Mount Kisco, New York 10549

Tel: (914) 864-3353
Email: smw@warshawskylawfirm.com

October 4, 2024

**VIA ELECTRONIC CASE FILING**
Hon. Brian M. Cogan
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2230

Re: *Jessica Bergin v. NYS Unified Court System*
Case No. 22-CV-5264-BMC (EDNY)

Dear Judge Cogan:

I represent the plaintiff in the above-referenced Title VII action involving a claim that the defendant failed to reasonably accommodate the plaintiff's bona fide religious objections to a mandatory COVID-19 vaccination policy. The parties' cross-motions for summary judgment were fully briefed on August 11, 2023. In the event that the case somehow fell through the cracks, I am writing to notify the Court that the parties' motions remain pending.

Thank you for your time and consideration.

Respectfully submitted,

/s/ *Steven M. Warshawsky*

Steven M. Warshawsky
*Attorney for Plaintiff*

cc: All Counsel of Record (via ECF)