Law Firm of Steven M. Warshawsky
www.warshawskylawfirm.com

118 North Bedford Road, Suite 100
Mount Kisco, New York 10549

Tel: (914) 864-3353
Email: smw@warshawskylawfirm.com

October 18, 2024

**VIA ELECTRONIC CASE FILING**
Hon. Brian M. Cogan
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2230

Re: Jessica Bergin v. NYS Unified Court System
Case No. 22-CV-5264 (BMC) (EDNY)

Dear Judge Cogan:

I represent Plaintiff Jessica Bergin in the above-referenced Title VII action.

The parties' Joint Pretrial Order is due October 29, 2024, and a pretrial conference is scheduled for November 5, 2024 (Docket Order 10/8/2024).

I am writing on behalf of both parties to request a 30-day extension in the JPTO and pretrial conference dates to give us time to meet and confer and, we are hopeful, enter into a stipulation regarding Plaintiff's damages, in lieu of a trial. Such a stipulation will save the parties and the Court considerable time, effort, and money and help bring this case to a "just, speedy, and inexpensive determination." FRCP 1. In addition, I will be traveling to California for a family event from October 25-29 and some additional time is requested for this reason as well.

This is the parties' first request for an extension in the pretrial deadlines.

We thank Your Honor for your consideration.

Respectfully submitted,

/s/ *Steven M. Warshawsky*

Steven M. Warshawsky
*Attorney for Plaintiff*

cc: All Counsel of Record (via ECF)