New York State
Unified Court System
Office of Court Administration • Counsel's Office

Hon. Joseph A. Zayas
Chief Administrative Judge

Hon. Norman St. George
First Deputy Chief Administrative Judge

David Nocenti
Counsel

November 22, 2024

**BY ECF**
Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Bergin v. NYS Unified Court System
E.D.N.Y., 22 cv 5264 (BMC)

Dear Judge Cogan:

This Office represents defendant the New York State Unified Court System ("UCS") in this action. By docket Order, dated October 8, 2024, the parties' Joint Pretrial Order was originally due October 29, 2024, which was adjourned upon the joint request of the parties until November 29, 2024 (Docket Order 10/18/24).

The parties respectfully and jointly request a further two-month extension until January 30, 2025 to submit the Joint Pretrial Order, if necessary. Shortly after the Court's Order, dated October 8, 2024 (ECF #36), finding liability against UCS, plaintiff's counsel proposed entering into a stipulation on damages, including backpay, emotional damages, and attorneys' fees and costs in lieu of a trial. UCS agreed to pursue such a stipulation and immediately requested a demand from plaintiff.

On November 13, plaintiff's counsel provided a demand and today the parties met to discuss details of the demand and the proposed written stipulation, as well as logistics concerning preparing for trial. The parties are largely in agreement on what a final damages award will encompass and the provisions of a final written stipulation. Accordingly, we believe it is significantly likely that the parties will resolve this matter without a trial.

That being said, counsel for defendants will need additional time to obtain all internal authorizations, including from officials within the Office of Court Administration and Office of the New York State Attorney General. Based on experience, defendant's counsel do not anticipate having the needed authority to engage in negotiations until mid-December. Assuming such authority is granted, the parties will then need time to negotiate specific numbers and the details of a written stipulation before submission to the Court to be so-ordered, obviating a trial.



25 Beaver Street, New York, NY 10004 • Phone: (212) 428-2150 • Fax: (212) 428-2155

Lastly, the parties wish to inform the Court that, to the extent this matter goes to trial plaintiff's counsel has proposed waiving a jury trial and having the Court decide all issues of backpay, damages, and fees/costs. Counsel for defendant is considering plaintiff's proposal, which may alleviate the need for some pretrial submissions, and could expedite further proceedings.

The parties jointly request until January 30, 2025 to submit the Joint Pretrial Order, and adjourning the pretrial conference currently scheduled on December 7, 2024. This is the parties' second request for an extension of pretrial deadlines.

Thank you for your attention to this matter.

Respectfully submitted,

/S/

Michael Siudzinski
Robyn Rothman
Assistant Deputies Counsel

cc: Steven Warshawsky, *counsel for plaintiff*, via ECF
Michael A. Berg, Office of the Attorney General, via email