New York State
Unified Court System
Office of Court Administration • Counsel's Office

**Hon. Joseph A. Zayas**
Chief Administrative Judge

**Hon. Norman St. George**
First Deputy Chief Administrative Judge

**David Nocenti**
Counsel

January 30, 2025

**BY ECF**
Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Bergin v. NYS Unified Court System
E.D.N.Y., 22 cv 5264 (BMC)

Dear Judge Cogan:

This Office represents defendant the New York State Unified Court System ("UCS") in this action. Please find attached the parties' proposed Joint Pre-Trial Order.

As discussed in prior letters to the Court, the parties are still engaged in negotiations to resolve the issue of damages without a trial, but have not yet reached a consensus. We will continue to negotiate and, if possible, we hope to resolve the issue before the pre-trial conference currently scheduled for next Friday, February 7, 2025. We will update the Court if and when an agreement is reached.

Thank you for your attention to this matter.

Respectfully submitted,

/S/
Michael Siudzinski
Robyn Rothman
Assistant Deputies Counsel

cc: Steven Warshawsky, *counsel for plaintiff*, via ECF
Michael A. Berg, Office of the Attorney General, via email



25 Beaver Street, New York, NY 10004 • Phone: (212) 428-2150 • Fax: (212) 428-2155