UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA BERGIN,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK STATE UNIFIED COURT SYSTEM,<br><br>Defendant. | **JOINT PRETRIAL ORDER**<br><br>**Case No. 22-CV-5264-BMC** |

The parties having conferred pursuant to Federal Rule of Civil Procedure 16, the following statements, directions, and agreements are adopted as the Pretrial Order herein:

1. **FULL CAPTION:**

Set forth above.

2. **TRIAL COUNSEL:**

**For Plaintiff:**

Steven M. Warshawsky
The Warshawsky Law Firm
118 North Bedford Road, Suite 100
Mount Kisco, NY 10549
(914) 864-3353 office
(917) 445-9740 mobile
smw@warshawskylawfirm.com

Andrea M. Paparella
Law Office of Andrea Paparella, PLLC
10 Federal Street, Suite 28
Salem, MA 01970
(617) 680-2400 office/mobile
amp@andreapaparella.com

**For Defendant:**

Michael Siudzinski
Assistant Deputy Counsel
New York State Unified Court System
25 Beaver Street
New York, NY 10004

(212) 428-2150 office
msiudzin@nycourts.gov

Robyn Rothman
Assistant Deputy Counsel
New York State Unified Court System
25 Beaver Street
New York, NY 10004
(212) 428-5583
RRothman@nycourts.gov

Michael A. Berg
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street, 17th Floor
New York, NY 10005
(212) 416-8651 office
michael.berg@ag.ny.gov

**3. JURISDICTION:**

This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question) and 42 U.S.C. § 2000e-5(f)(3) (Title VII), because Plaintiff asserts a claim under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq*.

**4. CLAIMS AND DEFENSES TO BE TRIED:**

**For Plaintiff:**

The Complaint asserts one claim under Title VII for failure to accommodate Plaintiff's religious objections to a COVID-19 vaccination policy, resulting in her wrongful termination. By Memorandum Decision and Order dated October 7, 2024 (ECF 36), the Court denied Defendant's motion for summary judgment and granted Plaintiff's motion for summary judgment on liability. Accordingly, Defendant's liability has been established and the only remaining issue to be tried is damages.

**For Defendant:**

Plaintiff's damages must be mitigated based on her income, including wages and unemployment insurance benefits, received from other sources. Plaintiff's demand for emotional distress damages is unsupported by any mental health records or other documentary evidence.

**5. NON-JURY TRIAL:**

Under Title VII, Plaintiff's claims for back pay, injunctive relief, and prejudgment and postjudgment interest are to be decided by the Court. *See* 42 U.S.C. § 2000e-5(g)(1); *U.S. v. City of New York,* 847 F. Supp.2d 395, 408 (E.D.N.Y. 2012). Although compensatory

damages normally is an issue for the jury, the parties have agreed in the interest of judicial economy that these too are to be decided by the Court.

The parties anticipate 1 trial day for witness testimony, in addition to written submissions addressing back pay and interest calculations, as may be ordered by the Court.

**6. TRIAL BY MAGISTRATE JUDGE:**

The parties do not consent to having this case tried before a magistrate judge.

**7. STIPULATIONS:**

None at this time.

**8. WITNESSES:**

**For Plaintiff:**

**Jessica Bergin**
Plaintiff
Will testify about all relevant topics relating to Plaintiff's claims for monetary and non-monetary damages.

Def. Objections: None

**For Defendant:**

**Christy Bass**
OCA Director of Human Resources

**Nadine Kearny**
Chief Management Analyst, OCA Payroll

**Justin Barry**
Chief of Administration, N.Y.S. Unified Court System

Will testify about all relevant topics relating to Plaintiff's claims for monetary damages.

Pl. Objections: None.

**9. DEPOSITION TRANSCRIPTS:**

**For Plaintiff:**

None.

**For Defendant:**
Jessica Bergin, Deposition transcript, dated May 24, 2023.

**10. EXHIBITS:**

**For Plaintiff:**

| Exhibits | Objections |
|---|---|
| 1. Collective Bargaining Agreement 2011-2021 (UCS 4504-4542) | |
| 2. Memorandum of Agreement 2021-2026 (UCS 4680-4727) | |
| 3. UCS Employee Handbook (UCS 4554-4617) | |
| 4. Letter 1-10-22 Unfit for Service | |
| 5. Letter 3-21-22 Warning | |
| 6. Letter 4-7-22 Termination | |
| 7. Letter 6-1-23 Reinstatement | |
| 8. Salary Schedules 2016-2020 (UCS 4545-4549) | |
| 9. Salary Schedules 2021-2024 | |
| Jessica Bergin Payroll History (UCS 4500) | |
| 10. Kronos Records 2016-2022 (UCS 4441-4475) | |
| 11. Bergin W2 2020 NY Courts | |
| 12. Bergin W2 2021 NY Courts | |
| 13. Bergin W2 2022 NY Courts | |
| 14. Bergin W2 2022 Security Services | |
| 15. Bergin W2 2022 Cracker Barrel | |
| 16. Bergin W2 2022 NJ Courts | |
| 17. Bergin W2 2023 NJ Courts | |
| 18. Bergin W2 2017-29 NY Courts | |
| 19. Jessica E. Bergin SeeThroughNY 2017-2022 print out (www.seethroughny.net/payrolls/353938414) | |
| 20. Bergin 2023 paystubs | |
| | |

**For Defendant:**

| | Exhibits | Objections |
|---|---|---|
| A. | All Exhibits listed by Plaintiff above | |
| B. | Plaintiff's Rules 26 Disclosures and Interrogatory Responses to Defendants' Demands in this action | |
| C. | "Bergin 00007" | |
| D. | Bergin Deposition Transcript | |

**12. <u>RELIEF SOUGHT</u>:**

**For Plaintiff:**

Back Pay: Plaintiff seeks monetary damages for back pay from January 10, 2022 (start of leave without pay period), through June 22, 2023 (reinstatement), including lost base salary, lost overtime, lost location pay, lost uniform pay, and lost SLED (Security and Law Enforcement Differential) pay.

Injunctive Relief: Plaintiff seeks injunctive relief placing her at the salary level she would have been at but for her wrongful termination. Currently, she is one salary level lower than she would have been had she never been terminated.

Compensatory Damages: Plaintiff seeks monetary damages for mental and emotional distress caused by her wrongful termination. Plaintiff previously stipulated that her emotional distress is "garden variety" in nature.

Prejudgment and Postjudgment Interest: Plaintiff seeks prejudgment and postjudgment interest as provided by law.

**For Defendant:**

None.

**AGREED TO BY THE PARTIES:**

| For Plaintiff Jessica Bergin: | For Defendant New York State Unified Court System: |
|---|---|
| /s/ *Steven M. Warshawsky*<br>______________________________<br>Steven M. Warshawsky<br>The Warshawsky Law Firm<br>118 North Bedford Road, Suite 100<br>Mount Kisco, NY 10549<br>(914) 864-3353<br>smw@warshawskylawfirm.com | /s/ *Michael Siudzinski*<br>______________________________<br>Michael Siudzinski<br>Assistant Deputy Counsel<br>New York State Unified Court System<br>25 Beaver Street<br>New York, NY 10004<br>(212) 428-2150 office<br>msiudzin@nycourts.gov |

Dated: January 30, 2025

**SO ORDERED:** ______________________________ __________

**BRIAN M. COGAN, U.S.D.J.** **Date**