New York State
Unified Court System

Office of Court Administration • Counsel's Office

**Hon. Joseph A. Zayas**
Chief Administrative Judge

**Hon. Norman St. George**
First Deputy Chief Administrative Judge

**David Nocenti**
Counsel

March 10, 2024

**BY ECF**
Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Bergin v. NYS Unified Court System
E.D.N.Y., 22 cv 5264 (BMC)

Dear Judge Cogan:

This Office represents defendant the New York State Unified Court System ("UCS") in this action. The parties have resolved the outstanding issues of damages and attorneys' fees / costs after the Court's Order, dated October 7, 2025, as detailed in the attached proposed Consent Judgment. The parties respectfully submit the Consent Judgment to be so-ordered and entered on the docket as a means to finalize this matter for purposes of avoiding a trial on the outstanding issues and to allow UCS to seek an appeal of the underlying legal questions to the Circuit Court.

Thank you for your attention to this matter.

Respectfully submitted,

/S/
Michael Siudzinski
Robyn Rothman
Assistant Deputies Counsel

cc: Steven Warshawsky, *counsel for plaintiff*, via ECF
Michael Berg, Office of the Attorney General, *co-counsel for defendant*, via email