Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

**Account Number: 5227124**
**Court: NEW YORK EASTERN DISTRICT COURT**
**Amount: $605.00**
**Tracking Id: ANYEDC-18894925**
**Approval Code: 012207**
**Card Number: ************8252**
**Date/Time: 03/27/2025 11:16:00 ET**

NOTE: This is an automated message. Please do not reply