Law Firm of Steven M. Warshawsky
www.warshawskylawfirm.com

118 North Bedford Road, Suite 100
Mount Kisco, New York 10549

Tel: (914) 864-3353
Email: smw@warshawskylawfirm.com

September 25, 2026

**VIA ELECTRONIC CASE FILING**
Hon. Brian M. Cogan
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 613-2230

Re: *Jessica Bergin v. NYS Unified Court System*
Case No. 22-CV-5264-BMC (EDNY)

Dear Judge Cogan:

Per the Court's Docket Order dated 9/15/26, I am writing on behalf of both parties in the above-referenced Title VII action involving a claim for religious accommodation to a COVID-19 vaccination requirement. As the Court is aware, this case currently is on appeal before the Second Circuit, which issued an amended opinion on 9/15/26. Plaintiff recently retained new appellate counsel, the Becket Fund for Religious Liberty, and she intends to file another petition for rehearing with the court of appeals. Such petition is due 9/29/26, although she has requested a 10-day extension in the filing deadline. No mandate has issued from the court of appeals. Accordingly, the parties jointly request that the district court take no action on this matter until the appeals process has been completed.

Respectfully submitted,

/s/ Steven M. Warshawsky

Steven M. Warshawsky
*Attorney for Plaintiff*

cc: All Counsel of Record (via ECF)